Civil Complaint



Jacqueline Kent Cooke
Jkcooke10@gmail.com
786-375-0629

Honorable judge, I'm seeking justice for the alleged murder and torture of my father, Jack Kent Cooke, as well as multiple acts of fraud on my father's estate, will, codicils, and my inheritance. In addition, I'm seeking tort claims including the attempted murder of me. I'm pleading for the prosecution of the main parties involved including the seven "purported" executors, law firms, former employees of Jack Kent Cooke Inc, and government officials.

In addition, fraud within the courts of Virginia, Washington D.C., and Texas, by former President Bush, Clinton and Obama, who cautiously picked the judges, in order to have my case dismissed, to continue with the illegal control of my father's estate by government officials. This was all an attempt for me not to find out "the truth". The judges who approved all the fraudulent court decisions, were either related to the people involved, involved in the murder, or involved in the drug trafficking that would later be the murder of my father.

The purported executors were supposed to be custodians of my "trust", but in order to obtain money, they had to relinquish that role and become beneficiaries of the "foundation" reforming my trust March 26, 2001. I believe they reformed my trust on this date, because it was the same day, they reformed body parts of my fathers. They are using my trust and other fictious names with trusts as bank accounts to launder money. The executors, even state in the reformation of my trust "If I'm still alive by the time I'm 35". In addition, most of the companies my "trust" is invested in are companies "the executors" have illegally started with my father's money. In addition, most of the "scholarships" are going to the CIA or their relatives. They have "left me in the dark about everything" as they mention in a letter, which they feel is "for the best". They have been dishonest about my father's assets. This is only for their own benefit. My father was worth well over 10 billion by the time they murdered him, and I believe now trillions of dollars with all the companies they have started.

Sheila "Crump" Johnson and Robert Louis Johnson were involved with the laundering of my father's money. Sheila Ballenger was Sheila Johnson who worked for my father. They transferred my father's assets over to their company, BET. Paige Johnson who went to Hill School, after her parents were allegedly involved in the murder of my father, married Dudley Payne jr., Gregory Dillon's son. Nancy Thomas and Stephen Thomas, daughter who went to The Hill School with me, were also employees and have been a big source of money laundering of my father's estate. Daniel Snyder and his family all worked for my father. I have traced all the financial accounts to my father's employees and CIA. Companies like Apple, Dell, IBM, and many others all started because of my father.

I have been brought to light about this information after finally getting important documents from attorneys who "represented" me in "the agreement". I was only nine years old when my father was allegedly tortured and murdered. "The Agreement", giving the attorneys, Marlene's share of the estate, was illegal. It was a cover up for the "attorney's" who were involved in my father's murder and the takeover of his estate. They wanted to keep me in the dark about this and paid every law firm and person around me to keep me sheltered from everything. Not to mention, the executors gave themselves 8% of the estate.

On October 14, 2021, I discovered a "foreign will" my half-brother, John Kent Cooke, put in the D.C. Will and Probate in 1998. I was never told about this will. I believe he was forced to place it there due to the fact he was involved in my father's murder and had to appease the government. I have found CIA transcripts putting together fraudulent codicils for the "foreign will". The DC Will and Probate will not let me see my father's "purported" foreign will. The National Archives has been closed because I "discovered" this purported will. Fortunately, I have other means of getting information about the will, so they cannot hide all the information. Either way, the murder of my father and takeover of his estate by government officials should never have happened. This needs to end.

The "purported" will and codicils of my father are fraudulent. They were orchestrated by the "executors", Fauquier court, attorneys, and CIA in order to launder my father's money. The CIA played a big role in the takeover of my father's estate with the help of Marlene Moncado. The "executors" have also modified the fraudulent will, adding additional fictious beneficiaries and bylaws in 2010. Compared to the seven beneficiaries initially placed in Fauquier Court May 7, 1997. Some of the codicils were done under fictious names as well. They've been using the "Foundation", banks, churches, homes, roads, and nonprofits to launder my father's money. Many of parties involved in the theft of my father's money and fictious will stem from the same Virginia family, Robert E. Lee. This was all premeditated. Now that I have gotten access to all the documents, I know every party involved in these illegal activities and its people within your courts as well.

My father came from no money and worked hard to become who he was. I told my father when I was younger that he should give money to families in need. Even though my father could be difficult, he was a generous person and wanted to give back. The people involved took advantage of my father and murdered him, in order to steal his hard-earned money and start their own empires. He was the "American Dream". They painted my father as a monster, when they in fact were the real monsters. They would not even let me see my father for over a month. As soon as my father died, they took away everything from me. They wanted people to believe, I never had a relationship with my father. Redacting all documents from the previous cases, containing anything that has my name mentioned. I do not have any respect for any of these people, who stole my father's money and made money. It's not something that should be commended. These people need to be put in jail, just like every other person who goes to jail for crimes, they are not above the law.

The CIA tore my family apart, killed my father, and stole his hard-earned money, and made their own fortune off his money, tossing me to the side. Not making sure my needs were met as a child. My education and health were not taken care of. Making sure jobs I applied for, I got turned down, knowing they owned those companies. They went out of their way to pay everyone around me my whole life, in order to hide all the horrendous things, they've done. I'm requesting to obtain all documents that have been redacted. I believe my father left me his estate. This is not how the United States should operate. I know my father's net worth is now in the trillions with the fictious billionaires and companies they are running. I'm requesting for the CIA to be shut down. They are running an illegal Ponzi scheme off my father's money. This is not the kind of system that should be run in this country. They should have never tortured and killed my father and stolen his money in the first place. To purposefully kill him right before the stadium opening, knowing that was something that meant a lot to him as well, was premeditated and disgusting. My father paid for that stadium with his own money and it meant so much to him.

The people involved are also changing their names, in order to launder my father's money and go under different alias. The people who worked for my father, including the ones who signed the "purported" will changed their names prior to working for him. Everything they've committed is fraudulent. Their children have all gone to the same schools as me and followed me throughout the years. My own husband who I'm now trying to annul the marriage based on fraud followed me too New York City. He was paid to destroy my life and distract me from starting my own company, as well as the New Year's Eve incident.

I'm requesting a more thorough look into my father's murder, as I believe it was premediated by multiple people in the government, including one of the electric companies he owned, Westinghouse Electric. I believe my father was held hostage in his own home on March 14th, 1997, and then tortured by electrocution, as well as operating on his body parts on March 25th, 1997, till his death on April 6th, 1997, in his home. Then brought to George Washington Hospital. This also would void the 10% my half-brother claims he inherited in a fictious letter Stuart Haney and Marlene Moncado facilitated dated on March 25, 1997. I also have a letter from "my father" that day and it was not him. This was a premeditated plan by government officials, including my half-brother and my father's "purported" last wife, Marlene Moncado. Who was married to another billionaire before "marrying" my father in 1995. I have DVD and information regarding her abuse to me and my father. She is a pathological liar and manipulative.

My father was also never married to Marlene, as she was part of the CIA and her entire existence was fraud, including the premeditated murder of my father and her affair with Bill Clinton. She was also married to a Texas billionaire the second time she "married" my father. The entire marriage was fraud. There was conflict with almost every attorney on this agreement and most of them are using different names for the same person. Including the executor Gregory Dillon, who is also Robert Payne of McGuire Woods. I never had a guardian et litem during this whole process. Thomas Patton withdrew his signature, because he had no

knowledge of the details of "The Agreement". I'm also requesting an investigation into Thomas Patton's "heart attack" since he was my guardian et litem. They used him as a scapegoat, when he was the one person who had my interest. The judge, William Shore Robertson, who approved almost all the decisions, has taken over 100 million dollars of my father's money in false title loans. Not only that, but he also permitted, the agreement, giving the attorneys, the wife's allocation of the estate, many of which already had conflict or were fraudulent people. I did not have guardian ad litem, representing my behalf during the "agreement". Patricia Anne Woodward was appointed as my guardian ad litem after "the agreement", but prior to the modification of my trust. Soon after going to jail for embezzlement. Gary Stephen Webb, a reporter, tried to uncover this truth after reading drug depositions, but they sadly murdered him before he could tell people.

"Thomas Woods" of McGuire Woods created Bank of America in 1998, as a means of laundering my father's money through different accounts to different people and creating fraudulent title loans. Many of the people involved in these fictious title loans go by the last name of "White". Wells Fargo, Riggs Bank, Chase and many other banks were another means of laundering my father's money. All the CEOs on Wells Fargo and Bank of America were involved in the fraud of my father's will. They are just going under fictious names. These banks are all owned by CT Corporation. A company that has laundered all my father's money.

I recently inquired about my trust, as I will be approaching the age of 35 soon. The trustees and executors have made it difficult for me to gain access to information regarding my trust and my father's "charitable donations". They've made my trust so complex, for most people to understand, but it's just another laundering scheme and bank account to illegally steal my father's money.  They were also taking all the money from my "purported" trust when they sent me away, so I never even had money saved for college when I was 18. My trustees would not give me statements from 2010 and prior, until recently. I've discovered all my investments are companies the executors and law firms have started fraudulently, and most of the "scholarships" are going to attorneys or their children. The trustees and executors are using my trust as a bank account, stating "zero" at the end statement of every year. The 1999 statement shows a purported 245 million being transferred out of my account, but I later discovered it was "fake" money, my half-brother documented for legal purposes. They are using all the other fictious beneficiaries accounts as Bank accounts as well. I have name changes showing their names from when they worked for my father and current names now. The people involved have started a company called "The College Board" and are using this "nonprofit" to launder money. The Jack Kent Cooke Foundation is just a cover for all the illegal activities. They are also using "Young Scholars" through Robert Duval's second wife. Gail "Young" to launder money through their family.

My father's secretary Elizabeth Wilson hired employees for JKC Inc., making sure they were high level CIA members or their wife's. Her daughter, Elizabeth Wilson, befriended me at Carlbrook, the therapeutic boarding school I was sent too. Another set up by the government to shield me from the truth. Marlene was the plan to "break apart my family". In order to have the CIA gain control over my father's estate. People involved in the CIA and Marlene Moncado

came up with this masterplan to hijack my father's fortune. Marlene and former CIA members tried to accomplish this initially Father Miguel D'escoto in 1984 in Nicaragua and failed. David Noble Grieg, Loretta Rodriguez, and Linda Pfefiel were later prosecuted for this failed attempt of murder.  David Noble was my Aunt Stephanie's, Husbands, brother. My aunt, Mia Glickman, is also married to a CIA informant, Donald "Dan" Glickman. He was involved in the murder of my father and has laundered millions of my father's estates with John Lehman and other CIA officials. He was involved in my arrest and trying to shield me from the truth and put me in jail. He made sure I had lawyers who were corrupt and would "get what I deserved".

 Milton Gould, of Shea & Gould, a classist turned litigator, and Marlene Moncado were the first people involved in this elaborate plan of "tearing apart of our family". Milton Gould also met one of the "doctors" who facilitated in my father's murder playing in the orchestra, Doctor Pierre. Marlene was already involved in transportation of cocaine from South America to the United States and helping the FBI and CIA. Marlene had been in a relationship with Ariel Anaya in South America and assisted him with the dealing of drugs. My father and mother were at first happy about having me, but then Milton Gould brainwashed my father into the abortion and then the demise of my parent's marriage. Prior to me being born, Marlene went to my father's home to seduce my father, in order to sabotage my mother and father's marriage. I was the dreaded third child and not a part of the CIA'S plan.  Milton Gould's sister, Patricia Boothe, also known as "Patricia Ann Woodward," was my Guardian Et Litem during some of the proceedings and later trustee. Edna Neves was not Marlene's Mother. One of the people who signed the will, Claude Margot, was married to a woman named Edna Margot. Marlene's real mother was Diana Toy Moncado, and her father was a Doctor Hilario C. Moncado a Filipino who was a doctor, as well as professional golfer that lived in New Jersey. Matthew Pollacks wife, Mary Thorpe who signed the wills name was really Mary Darlene Duvall. The Bergers and Diaz family were good friends with the Moncado's. One of the families involved is the Harris family in New Jersey. Adelaide Harris was originally Adedlaida Diaz. They are friends with the Regan family, whose daughter I knew from New York. She has an aunt named Edna, which is Edna Margot, the wife of Claude T Margot who signed one of the codicils. I believe the same Edna, was the same woman who tried to poison and kill me as a baby.  I recently went to George Washington hospital to obtain medical records on my father and I, but the hospital says they've "purged" the records.

 Much of the Monica Lewinsky scandal was all a cover up for the murder and control of my father's estate by government officials. When Marlene was in court in 1986 there's a transcript by Daniel Webb that details certain people involved in the drug smuggling. Thomas Martin defended Marlene and her boyfriend, Ariel Anaya. He approved the "executors" fees and oversaw the commissions of the estate. He was one of the masterminds behind this plan. Bernardo Zabeloga who was arrested for the dealing of cocaine's wife is Catherine Hall, her daughter, Wesley Hall attended Hill School. The document also mentions another lover of hers by the name of Angel Miguens this was Alberto Garcia. Special Agent Vaughn is Robert Vaughn whose brother is Vince Vaughn, who managed the Wilderness program I went too. They are both really William Shore Robertson's sons. There are two couriers mentioned one is Althea Stroff-Major, also Majorie Taylor Green. The second courier is Carl Schlichter, also Jay Sanford

who signed the will. Juan Chardiet who was one of Marlene's lawyers during her drug investigations was really Juanita Broderick who was involved in the CIA. She "accused" Clinton of sexual assault. The transcripts also refer to a man named Gianfranco Ferro, who was using Marlene's credit card to make charges. That was my godfather, Gianfranco Fiorio. I have found his family involved in all this money laundering as well.

The schools I went too, had people involved in this master plan as well. The CIA followed my mother and I from different states we moved. I can pinpoint people from "The Little Kids School" in Washington D.C., Marymount Manhattan elementary school in New York, Marymount California, The Hill School, Foxcroft, SMU, and Marymount Manhattan College in New York. The Hill School was the next "master plan". To become close with the wife and her daughter, but also slowly torment both their life's. In 1991, I attended the Hill School; it had an enrollment of 178 students. A man named Stephen C. Clark jr. and his daughter, Jane Forbes Clark donated a purported 178 acres that year. This helped assist in the takeover of my father's estate. This was a small school in Middleburg, Virginia where my family lived. Many of the Lee family members children all attended this school. This was also premeditated. Our founding fathers had two members that were from Virginia and part of the Lee family. Francis Lightfoot Lee and Richard Henry Lee. Richard Lee was the twelfth president. Robert Duvall's great ancestors were all a part of the Lee's, and he was a direct descendant of Robert E Lee. His family and current wife's family are one of the main parties involved. Many of them all working for my father before he died. His wife, Luciana Pedraza, is related to the Ferrari's, whose daughter, went to "The Little Kids School" in Washington D.C. with me. The Monahan's who went to that school with me are also involved. The harts, wheelwrights, Randolph's, Thomas, Johnson, Patterson's, Fisher, Hoppmans, Robert's, Dillon's, Munns, Allen's, Turner, Dillon's, Katz, were all decedents of the Lee family and went to my school or schools in the surrounding areas. In Loudoun County alone the Wrights, Allen's, Turners, Gordons, Hoppmans, Randolph's, Fisher's, Dillon's, Katz, Griswold's, and many more families have taken billons of my father's money in fictious title loans. Everyone around me my whole life has been paid through my father's money. Many of them worked for my father or with Marlene in the drug trafficking and now all have "money".

"The Masterplan" as Hill School refers to the murder of my father and takeover of his estate, started with the CIA and drug enforcement, who needed a better way to swindle money. With the help of Marlene Moncado, who had become friends with my mother, they came up with the idea of murdering and stealing the money of a billionaire's fortune. Including tearing apart his family and taking control over his estate. It's apparent through the transcripts of Daniel Webb, who transcribed a court hearing with Marlene Moncado and Thomas Martin. Harold Levy was the son of Roberto Suarez Gomez, who was also Marlene Moncado's lover and father of her son, Rodrigo Gomez. Harold levy worked for my father because of Marlene. Harold Levy had close ties with Hilary and Bill Clinton and was laundering money through the foundation through different charities, including Putnam investments, Tattersall offshore funds, Pine Grove offshore funds, and many more to them.

Another school largely involved in this was Carlbrook in Halifax. Grant Price married Linda Thorpe, whose mom signed the will. They have used T. Rowe Price to launder a large amount of my father's money. Elliot Bowels, who went to Carlbrook with me, mother, Crandall Close, signed the will. Her husband was Erskine Bowles. They are laundering my father's money in investment accounts, like many other people. The staff and students at Carlbrook, Hill, and many other schools I attended are all a part of this Ponzi scheme. I found Carlbrook using forms with the students to wire money to themselves through the D.C. Will and Probate as well.

A large part of this is about control over the state of Virginia and the Lee family. The relatives of the Lee family and ancestors of Virginia want to maintain control over "their" state and feel they must continue this control by taking my father's estate from me. The "executors "never sold the Washington Football Team, as well as the rest of my father's estate. It is controlled by the Lee Family and people who attended the schools I went too. I'm also aware Tonya King is related to Linda King, one of the "executors", they are both related to the King family who used to own the Washington Football Team. These families are all changing their names and information to live different lives and steal my father's money. This should not be condoned.

Many people around me are stating "This happened a long time ago", but to me, this is all recent. It should never have been condoned in the first place. I still do not know the details and only some information. I am pleading with the court to bring to light the truth and prosecute all parties involved. These people have affected my life and more importantly, they took away days, weeks, and possibly years of my father's life. I was only nine when they killed my father. He had just won part custody of me. Prior to that, he had custody of me three days a week for over four years. These were crucial years for me as a young adolescent. I first started having a relationship with my father when I was four, even though the executors have paid certain members of the press to believe otherwise. My father was also with my mother for three years prior to their marriage. They had a relationship prior to my mother getting pregnant with me and I have letters to prove otherwise. I lost important time with my father, whom I was just forming a close bond. I did not have structure in my life and my father could have offered that and discipline, which is something as a young girl I needed. When my father finally met me when I was two, he knew right away I was his daughter, and he would not make the same mistake again. If anyone saw my father with me, they would have seen another side of him. The executors have paid the press to make it look like my father did not love me, which helped their plan in stealing my inheritance. I have over 200 letters from him to me proving all of this and DVDs at his house. This again, will show the side of Marlene, that was cruel and abusive to my father and me.

In addition, I'm seeking damages based on tort for the individuals who have stolen my inheritance and have been in cohesion with the alleged torture and murder of my father, as well as theft of my father's estate. My life could be in danger as well. The executors have silently made this known by stating things in the reformation such as, "If I'm still alive by the time I'm 35". The people involved see me as a reflection of my father and inadvertently torturing me throughout my entire life, starting on the day my father was murdered. Taking

away almost everything, he gave me, including his estate and making me think and the public that my father did not love me.

On March 15, 1997, Marlene Moncado, Rodrigo Garcia Gomez, James Gould, and CIA members were involved with the capture, torture, and murder of my father Jack Kent Cooke. He died on April 6, 1997. They did not allow me to come on the premise or speak to my father. The last time I saw my father alive was the first week of February 1997.The executors, attorneys, and certain people involved in the government took control over my father's estate soon after. To this day there are staff who still live on the farm and D.C. home. The executors and attorneys have knocked down the Virginia house and have the gates bolted.

The Virginia courts, many attorneys, former employees, and government officials are withholding confidential documentation, from his own daughter. Some of the documents my previous attorneys gave me has been redacted and/or my name has been taken out of certain dates of my father's itinerary, making it look as if I did not exist in his life. When in fact, it was quite the opposite, I was one of the only people around in his life, who did not seek some ulterior motive. The attorneys and executors have taken out information and documentation that pertains to me. This was done in order to alter the will so it would benefit them. The executors and attorneys have added over 100 beneficiaries to the will alone, which initially had only six beneficiaries since my half-brother was disinherited. I believe, there's over one hundred thousand people involved in this laundering scheme today.

Soon after they probated my fathers will. The executors and attorneys manipulated my mother who was already vulnerable to send me away. I was sent to a wilderness camp, Second Nature, in Utah that Judge William Shore Robertson's, son orchestrated. I have information showing the attorneys were picking the judge and people involved in these fraudulent acts. I was then forced against my will to attend a therapeutic boarding school the foundation established in order to brain wash me. Their children also attended the same school, in order to follow me throughout my whole life.

In 2006 Benjamin Dick, tried to assist me with the estate of my father. I was living in Dallas, Texas and the executors would not pay for my college tuition at Southern Methodist University. Judge Reed O'Connor in the Eastern Court in Dallas moved my case back to Virginia, where Judge Liam O'Grady and Patricia Connor dismissed my request to access information on my father's will, as well as information pertaining to the agreement between Marlene Cooke and the "attorneys". Judge Liam O'Grady he should never have been appointed, as he assisted with the drug smuggling and plan to launder my father's money with Marlene. I also believe he was involved in the murder. Judge "Reed O'Conner's, son also went to the therapeutic school I was sent too, and his wife Tammy worked there. Patricia Conner is married to Brendan Sullivan. She also had conflict. The Jack Kent Cooke Foundation started a fund called O'Connor investment fund that sent billons to this fund after my case was dismissed. After that Jack Kent Cooke Foundation started laundering Billions to Southern Methodist University and Cox Business School. They are currently laundering billions to other countries at this moment, knowing that I'm aware of what's going on and it's highly illegal.

My aunt's husband who is affiliated with the CIA and was also involved in my father's murder and torture with the CIA, has led me towards certain doctors and attorneys, who have wanted to see me die and go to jail. I have documentation with the attorneys who represented me stating "I deserve to go to jail" The executors and attorneys have bought almost every powerful law firm in the D.C. and Virginia making it impossible for me to seek representation. Also, sending money to lawyer's title fund, which they've used billons of my father's money towards. I have the information on transfers and payments to Alissa Marque "Heydari" and Cyrus Vance Jr. It seems only logical my uncle who "owns" J. F. Lehman with John Lehman and Monroe Muffler would want me to be in the dark about their companies.  My own aunt and uncle claimed they were helping me after the arrest, but they put me in the hands of a law firm who only wanted to see me go to jail just like the NY DA, as well as certain doctors who misdiagnosed me for lymes disease and never helped treat me. These were the same doctors who were involved with the murder of my father.  In addition, there are many people who worked for my father, who now work for Donald Glickman. One in particular,  I believe will tell the truth, if you allow the prosecution of these alleged people.

The scholars have been victims as well, many people wonder why it's so hard to get a scholarship at The Jack Kent Cooke Foundation. It's because the scholarships are a part of their Ponzi scheme. The executors and attorneys have been sending money since they started the foundation in 2000 to other attorneys, former employees, or government officials. The executors and attorneys involved in this Ponzi scheme are also buying banks like, Bank of America, to launder the money and "purchasing" false title loans without having to pay the money back.

The Virginia courts and many attorneys are withholding Jack Kent Cooke's true wishes and other confidential documentation, from his own daughter. Many of the documents, my former attorneys have given me, has been redacted or taken out of the files, making it look as if I did not exist in my father's life. When in fact, it was quite the opposite, I was one of the only people around in his life, who did not seek some ulterior motive. The attorneys and executors have taken out information and documentation that pertains to me. This was done in order to alter the will so it would benefit them. The executors and attorneys have added over 100 beneficiaries to the will alone, which initially had only seven beneficiaries. My half-brother, John Kent-Cooke, is doing all of this out of spit, because he was disinherited, and his children are just following what he's doing.

My attorneys, at Patton Boggs never represented me, they were in fact a part of the premeditated murder of my father and takeover of his estate. They have also been a part of the plan to get me sick, so I will slowly die. They also signed an agreement with Greenberg and Traurig to use me as an experiment and pay people to follow me my whole life, including my "husband" that I've been married too for less than a year and am now seeking an annulment based on a fraudulent marriage. He also physically abused me and specifically punched me and gave me a black eye when I was trying to go to Virginia to get court documents on my trust. This would prevent me from getting information that would bring to light "the truth".

These government officials are going as actors, doctors, attorneys, and many other roles to try and gain power in the system. These same people have purposefully allowed me to get diseases, as well as overlooked illnesses I may have. The medical clinics are owned by CT Corporation, so I cannot get the proper help, nor do I trust anyone. These doctors have purposefully mistreated me and given me diseases, not providing me with accurate information. They have even purposely inflicted emotional and physical harm on me. I want full access to all the medical records of mine, from all medical companies and doctors. They are withholding important information about my health. They have even hurt me in the process. Medical results are saying I have cancerous cells, but the doctors are saying "I'm fine". I know this was from a female surgery I underwent in 2008 and I want the doctors to tell me the truth. The person I was dating, was related to the Clark family at the hill school and I would not be surprised if they planned the entire pregnancy. If they did what I think they did, it's because they do not want me to have children. If I have children, it will affect more money they can steal and launder. Also, if they slowly kill me, they do not have to take blame for it. Just like they have killed other family members of mine and they need to take responsibility for the other people they've murdered.

A person I attended Carlbrook with, Elizabeth Gilpin, was with me during my female surgery in California. She was paid over five million by John Kent Cooke and Thomas Kent Cooke when this happened and is also related to the employees who lived on the farm. I need some answers from her because she did a lot of horrendous acts that were to intentionally inflict harm on me, as well as another girl Natalie Hills. The same doctors who hurt my father purposefully gave me Lyme disease, knowing I needed antibiotics and neglected treating me. Giving me false pills. They are trying to slowly kill me just like they killed almost everyone else in my family. Oscar insurance is deleting all my medical records, in order to withhold the truth from me. The unwarranted killing and harm of people needs to end. These "people" need to be indicted and this country needs to change.

I was wrongfully accused by New York officials of being an anti-Semite and attacking a lawyer, who in fact attacked me and dislocated and disfigured my finger. The executors and law firms paid the New York DA to arrest me and orchestrate this whole ordeal, even paying the press to highlight the whole ordeal. "People" saying I should "Kill Myself" and making fun of how I looked or making false accusations about my personal life. This behavior should not be condoned. They are paying people closest to me, thinking "I'm stupid" when this is far from the truth. I also found payments to the "Police Officer" in Boston from William Shore Robertson before and after my DUI. I was not even driving the car and the whole ordeal seemed very forced. After that happened, my mug shot appeared everywhere on the internet. It is not legal, by any means what they did.

I want to help other people and make a difference in this world. I'm fully capable of being able to take control of my father's estate. They will infer otherwise to you. Most of their reasoning is that I have not had a job. They are the reason for that. The jobs I have applied, are companies

they have controlled and made a point not to hire me. I wrote a proposal to be on the board the end of 2016. It was rejected in 2017. This has all been a plan of theirs since they took over my father's estate. As soon as I was doing well and starting my own company in 2017, they set up the arrest and paid a person I used to date, in order to distract me from starting my company, which lead to the "New Year's Eve Arrest".  They are also changing the dates on home loans trying to make the dates look older and falsifying documents which is another fraudulent offense. Writing on the documents "Assignment" and "Certificate of satisfaction" for certain illegal deeds, even to doctors. This corrupt behavior needs to end.

 Your honor none of these bad things would have happened to me if the executors and government officials illegally took control of my father's estate. This is an indication that there needs to be a change, not just with the murder and control of my father's estate, but to our country. I ask you in all seriousness to look at some of my concerns and realize all these acts are malicious and premeditated. There needs to be justice in our system, so these acts will not be committed again. My father never should have been murdered. Whether or not he was liked by everyone for his personality or a "Lee" descendant, is not a reason to kill my father. He was the iconic "American dream". I can only know what he was thinking in his last moments of breath, most likely "what did he do wrong to deserve this." I hope he knew that someone did love him and was thinking of him.

 Knowing what happened to my father, I am risking my own life for him, because to me it's more than money. I'm his daughter, who truly loved him and wants justice. The same people are purposefully trying to see me suffer now and want to see me die. Just like they have killed other members of my family and my guardian et litem. I'm asking for the prosecution of the main people involved and, yes, I know it's a large number, but their needs to be justice. I'm also asking for my father's original will, if it still exists. I'm also requesting to control my father's estate with the help of the right people. The way my father would have wanted it in the first place. The wrong judges had control over my case in 2009. I hope it goes into the right hands this time. Thank you for your consideration.


Jacqueline Kent Cooke,

*Jacqueline Kent Cooke*

The Westin Hotel
400 Courthouse Square
Alexandria, VA 22314

*The torture and premeditated murder of my father Jack Kent Cooke. Multiple acts of fraud on my father's will, codicils, estate, and my inheritance. Laundering my father's money through homes, companies, churches, nonprofits, banks, roads, etc. In addition, attempted murder of me, multiple times and general tort claims. Almost every single person at CT is guilty and is aware of what they've done. I only had a week to write this. This is just a "small" list of "some" people.

**CT Corporation/Jack Kent Cooke Foundation-** 4701 Cox Road Suite 285 Glen Allen, Virginia 23060
The torture and premeditated murder of my father Jack Kent Cooke. Multiple acts of fraud on my father's will, codicils, estate, and my inheritance. Laundering my father's money through homes, companies, churches, nonprofits, banks, roads, etc. As well as attempted murder of me multiple times and general tort claims.

**JKC Foundation-**

**Executors-**

***John Kent Cooke** (Half Brother)- Fraud on the will of our father. Premeditated murder. Writing a false letter "from" my father stating he and my half nephew were getting 10% of the Washington Football Team. Destruction of documents, including will drafts, and the final will our father wrote due to the fact he was disinherited. Withholding evidence that pertained to my own benefit and theft of my inheritance.  Laundering money through homes, companies, offshore accounts. Taking 8% of the estate, as well as

additional compensation. Creating fictious companies in order to launder money. Adding over 60 beneficiaries and orchestrating fake wills in different states. Paying people to black mail me and courts to set me up for my arrest

**Address:** 49 Tucker Town Road, St. George HS02, Hamilton Bermuda

**\*Howard B. Soloway-** (JKC Lawyer) Fraud on the will of my father and destroying will drafts and classified documentation that pertained to me and was for my own benefit. Possible assistance in with the murder. Premeditated murder. Falsifying documents to give the attorneys listed in the complaint the elective share. Taking 8% of the estate, as well as additional compensation. Laundering money through homes, companies, offshore accounts. Adding over 60 beneficiaries and orchestrating fake wills in different states. Creating fictious companies in order to launder more money. Paying the personal injury lawyer and NY DA  from my 2018 arrest in order to divert me from the fraud that was going on so I would not get on the board of my fathers foundation. Changing names for financial transactions.

**Address:** Morrison & Foester LLP
555 West Fifth Street Suite 3500
Los Angeles, California
900013-1024

**Mark Pollack-** Fraud on the will of my father, destroying will drafts and classified information. Possible assistance in with the murder. Withholding information that was for my own benefit and falsifying documentation. Falsifying documents to give the attorneys listed in the complaint the elective share. Premeditated murder. Taking 8% of the estate, as well as additional compensation. Laundering money through homes, companies, offshore accounts. Adding over 60 beneficiaries and orchestrating fake wills in different states. Changing names for financial transactions.

**Address:** Wilmer, Cutler, Pickering and Dott LLP

Address- 100 Light Street 13th Floor

Baltimore, Maryland 21202

**\*Linda Jane King**- Fraud on the will of my father, destroying will drafts and classified information. Possible assistance with the murder. Taking 8% of the estate, as well as additional compensation Laundering money through homes, companies, offshore accounts. Adding over 60 beneficiaries and orchestrating fake wills in different states. Changing names for financial transactions. Premeditated murder.

**\*Stuart A. Haney-** (deceased) Fraud on the will of my father, destroying will drafts and classified information. Premeditated Murder. Taking 8% of the estate, as well as additional compensation. Withholding and destroying information that pertained to my own benfit. Theft of my inheritance. Laundering money through homes, companies, and

offshore accounts.  Adding over 60 beneficiaries and orchestrating fake wills in different states. Changing names for financial transactions. Changing names for financial transactions.

**Address:** 4 Stafford Court, Sterling, Virginia 20165

*__George R. Dillion-__ Fraud on the will of my father and laundering money through homes, companies, and offshore accounts. Possible assistance in with the murder. Taking 8% of the estate, as well as additional compensation Adding over 60 beneficiaries and orchestrating fake wills in different states. Changing names for financial transactions. Changing names for financial transactions. Premeditated murder.

*__Wanda G. Wiser-__ (JKC Secretary) Fraud on the will of my father and laundering money through homes, companies, and offshore accounts.  Possible assistance in with the murder. Taking 8% of the estate, as well as additional compensation Adding over 60 beneficiaries and orchestrating fake wills in different states. Changing names for financial transactions. Changing names for financial transactions. Premeditated murder.

**Address-** 5731 Beverleys Mills Road, Broad Run, Virginia 20137

**Directors-**

**\*Larry Kutner**- Laundering money through homes and offshore accounts.

**\*Matthew Quinn**- (AKA Robert Allen Quinn) Laundering money through homes, companies, offshore accounts. Being involved in the 2018 arrest.

**\*Harold Levy-** Laundering money through homes, companies, and offshore accounts. Being involved in the 2018 arrest and fraudulent transactions to Hillary Clinton and Bill Clinton. Premeditated Murder.

**\*Mark Birmingham-** Laundering money through homes, companies, and offshore accounts.

**Giusseppe Bassili-** Laundering money through properties and companies

**Marianne Stanley-** Laundering money through properties and companies

**Staff-**

**\*David and Cathy Pierce-** Fraud on the will of my father and laundering money through homes and offshore accounts. Theft of million-dollar paintings and other property being sold on the black market.
**Address:**  7470 Kent Farms Lane, Middleburg Virginia

**Demetrius Arnold Washington-** Laundering money through homes, companies

**Address:** 426 Stabler Lane, Alexandria Virginia, 22304

**Denise Holmes-**

**Address**: 2109 Colonial Heights, Virginia 23834

**Manny Rodriguez-**

**Address:**3006 Mount Vernon Ave, Alexandria, Virginia 22305

**Dana O'Neil-**

**Address:**

**Veronika Bennett-**

**Address:**

**Marcia R. Strokes-**

**Adress:**

**Julianna Fiorito-**

**Adress:**

**Donald Autumn**

 **Adress:** 938 Harvard Lane Matteson IL 60443

**Patricia Gonzalez-**

**Address:**

**Hannah Franz-** Laundering money through companies, banks, titles loans and offshore accounts.

**Address:**

**Colleen Rogan-** Fraud on the will of my father and laundering money through homes, companies

**Address:**

**Catherine Crozier-** Helping orchestrate the will and laundering money through homes. Fraud on the will and codicils of Jack Kent Cooke. Changing names for financial transactions.

**Address:** 2236 Larsen Drive, Camino, California 95709

**Segemne D. Kebede-** Fraud on the will of Jack Kent Cooke and laundering money through homes and accounts. Changing names for financial transactions.

**Address:** 22 Manchester Place Apt 202 Silver Spring Maryland 20901

**Leanne Archer Davies-** Helping orchestrate the will and laundering money. Changing names for financial transactions.

**Address:** 150 East 19th Street Brooklyn, NY 11226

**Debi Ramey-**  Fraud on the will of my father and laundering money through homes, companies, and offshore accounts. Changing names for financial transactions.

**Address:** 1199 Canterburg Road, Stephens City, Virginia 22655

**Jennifer Yohe-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke. Changing names for financial transactions.

**Address:** 158 Blossom Ridge Drive Mooresville, NC 28117

**Lee Timmerman Phaup-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke. Changing names for financial transactions.

**Address:** 18437 Waterloo Road Amissville, Virginia 20106

**Barbara M. Frye-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke. Changing names for financial transactions.

**Address:** 6231 Nueva Espana Road NW, Albuquere, NM 87114 or Route 1 P O Box 229 Louisville, Virginia 22080

**\*Mary Louise Thorpe-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 604 Martin Avenue, Middleburg Virginia 20117

**Stephen Thomas-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** P.O. Box North Garden Virginia 22959

**Nancy Thomas-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**address:** P.O. Box North Garden Virginia 22959

**Jamie Vanzee**

**Address:** 213 S 83rd Street West Des Moines, IA 50266

**Virginia Fox**

**Address:** 295 Arborwood Lane Rochester NY 14615

**Anthony Little**

**Adress:** 2371 PO Box Ashburn Virginia 20146

**Ann Sloan-** Premeditated murder and laundering my father's money through homes, banks, churches, and offshore accounts.

**Address:** 1622 Venice Avenue, Apt 1 Tucson AZ 85712

**Dee L Sloan-**

**Address:** 225 S 6th Street Tooele, Utah 84074

**Tony Little**

**Adress:** 2371 PO Box Ashburn, Virginia 20146

**Kimberly Anne Hill-**

**Adress:** 3632 Malibu Palms Drive Apt 101, Virginia Beach 23452

**Shawn Hill-**

**Adress:** 3852 Krick Street, Norfolk, Virginia 23513

**Lorenzo Soto**

**Adress:**

**Tess Prather (Norwood, Hammond)**

**Adress:** 1400 Donnelly Avenue SW Atlanta Georgia 30310

**Christopher Prather-**

**Adress:** 5010 Browns Mill Road Lithonia Georgia 30038

**Karen Lynn Jensen Sloan Henderson-**

**Address:** 4809 East Pima Street Tucson, Arizona, 85712

**Rachel D Sloan-**

**Address:** 6160 East Bellevue Street Tucson Arizona 85712

**Paul Kinne-**

**Address:** 4809 East Pima Street Apt 102 Tucson Arizona, 85712

**Michael Dwane Malone-**

**Address:** 1576 Siskin Drive Cordova TN 38016

**Michael Baumeister-**

**Address:** 44 Mount Pleasant Road, Randolph, NJ 07869

**Jared Baumeister-**

**Address:** 67 East 11th Street Apt 719, New York, NY 10003

**Lynn F Samuels**

**Address:** PO Box 66 Brookside NJ 07926

**Marlene G Baum-**

**Address:** 205 3rd Avenue Apt 11S, New York, NY 10003

**Stephen Leslie Baum**

**Address:** 205 3rd Avenue Apt 11S New York, NY 10003

**Theresa Marie Alexander**

**Address**: 205 3rd Avenue Apt 12K, New York, NY 10003

**Shirley B Alexander**

**Address:** 205 3rd Avenue Apt 15C New York, NY 10003

**Lydia Marcucci-**

**Address:** 19 Alexander Court Bayport New York, NY 11705

**Virginia Ryans-**

**Address:** 19 Alexander Court Bayport New York, NY 11705

**Jeffrey Hart-**

**Address:** 8 Riunite Road East Setaucket New York 11733

**Stacey Hart-**

**Addres:** 116 Cover Street Apt 6, Stratford, CT 06614

**Roger Hart**

**Address:**

**Ryan Hart**

**Address:**

**Judith Hart**

**Address:**

**John Hart-**

**Address:**

**Janet Simmons Pillsbury-**

**Address:** 35484 Red Tail Rd, Lewes, DE 199958

**Kelli Marie Campbell-**

**Address:** 8322 W 98h Ter Overland Park, KS 66212


**Richard Paul Kline-**

**Address:** 27 Roma Orchard Road Peekskill NY 10566


**Robin M Kline-**

**Address:** 27 Roma Orchard Road Peekskill NY 10566


**George Edward Wolford-**

**Address:** 1834 Fairhaven Road, Columbus Ohio 43229

**Ronald G Little**

**Address:** 132 Oliver Drive White Oak PA 15131

**John Taylor Monroe**

**Address:** 9110 University Blvd Henrico VA 23229

**Amelia Jane Parrish**

**Address:** 9110 University Blvd Henrico VA 23229

**Joshua Frye-**

Address: 217 S Kolb Road Tucson Arizona, 85710

**Caroline Woodward Church**

**Address: PO Box Amissville Virginia 20106**

**Yolanda Gonzalez-**

**Address:** 69826 Camino Pacifico, Rancho Mirage, California 92270

harold + "laura cooke - Nancy Thomas - Po Box 64312
yuma, az 85366

**Adela Griswold**

**Address:** 505 Queen Street Alexandria Virginia 22314

**Edward Brian McMahon**

**Address:** 3565 Bust Head Road, The Plains Virginia 20198

**Marion Carmichael McMahon**

**Address: 9333 John Mosby Hwy Upperville Virginia 20184**

**Pat Powers**

**Address:** 191 Andrews Road Strasburg Virginia 22657

**Gregory H Sherman**

**Address:** 106 Sycamore Street Middleburg Virginia 20117

**John Curry Lee**

**Address:** 2500 Wood Fern Court Reston Virginia 20191

**Erica Lindgren**

**Address:** 211 Misty Pond Terrace Purceville Virginia 20132

**Sloan Coles**

**Address:** 3032 Bull Run Mountain Road, The plains Virginia 20198

**Joanna Lee**

**Address:** 5025 Fillmore Avenue Alexandria Virginia 22311

**Andrew Katz**

**Address:** 4405 Taylor Road Chesapeake Virginia 23321

**Katherine Thomas**

**Address:** 11783 Cotton Mill Drive Woodbridge Virginia 22192

**David Thomas**

**Address:** 649 State Highway 23, South New Berlin, New York 13843

**Nicky Fleming**

**Address:** 1240 Barksdale Drive NE Leesburg Virginia 20176

**Sylvia Fleming**

**Address:** 221 N 31st Street Purceville Virginia 20132

**James Weidline**

**Addres:**

**Julie Hoffman**

**Address:** 4630 Jenkip Ct Moseley Virginia 23120

**Matthew Fisher**

**Address:** 3742 Pendleton Avenue Virginia Beach Virginia 23455

**Johnny Haberline**

**Address:**

**Charles Munn**

**Address:** 12532 Hillside Drive Moorpark CA 93021

**Adrianna Christina Beer**

**Address:** 500 23RD Street Apt 3b New York NY 10001

**Barbara Brower**

**Address:** 7148 Swift Run Trail Drive Fairfax Station Virginia 22039

**Robert Brower**

**Address:**15121 Riding Club Drive Haymarket Virginia 20169

**Austin Allen**

**Address:** 4783 Buffalo Road Dillwyn Virginia 23936

**Chloe Looney**

**Address:** 618 Peachtree Street Emporia Virginia 23847

**Robert Zimmerman**

**Adress:** 437 Madison Avenue New York 10022

**Hannah Reuter**

**Address:** 21695 Glenwild Drive Northville MI 48167

**Carl Reuter**

**Address:** 4218 Lantana Court Santa Maria Ca 93455

**Kathleen Foster**

**Address:** 121 Sand Dune Street Apt 1 Dunmore PA 18510

**Stanfield**

**Brittany**

**Phillip Scott-**

**Address:** 1216 Laurel Street Santa Cruz, Ca 95060

**Kenneth Evett-**

**Address:** 3765 N Campbell Avenue Apt 6 Tucson, Arizona 85719

**Andre Harry-**

**Adress:** 5043 Graves Avenue, Suite C, San Jose, California 95129

**Auesecio Gonzalez-**

**Address:** 3430 24TH Street NE Avenue, Olympia WA 98506


**Austin Harry-**

**Address:** 5043 Graves Avenue Suite C, San Jose, CA 95129


**Chase Jordan Harry-**

**Address:** 177 Alice Avenue Campbell, California 95008


**Douglas William Martine-**

**Address:**


**Thomas Gleason-**

**Address:** 221 Club Drive Palm Beach Gardens Florida 33418


**Christine Hoffman-**

**Address:** 17 Cooper Terrace Staten Island New York 10314


**Nancy Thomas-**

**Address:**


**William Zeeman-**

**Address:** 7018 Cottontail Court, Springfield VA 22153

**Martha B Maritime**

**Address:** 1216 Laurel Street Santa Cruz California 95060

**Tom Selleck-**

**Address:** 1760 144 Street Miami Florida 33181

**Jennifer Elizabeth Morse**

**Address:** 1400 Navajo Lane, Unit 17 Lakeside Arizona, 85929

**Angelica Scott**

**Adress:** 86 W Rincon Avenue Apt 21 Campbell, CA 95008

**Edgar Lopez-**

**Address:**

**Darius Jerome Holland-**

**Address:** 35 Springside Drive Spring Lake, NC 28390

**Amber L Holland-**

**Address:** 35 Springside Drive Spring Lake, NC 28390

**Metropolitan Funeral Services-** 5517 Vine Street Alexandria Virginia 22310

Assistance with the murder of my father. Laundering money through properties, banks, and companies.

**Edmond Robert Wilder-**

**Address:** 2698 78th Avenue Oakland California 94605

**Ceola Holland-**

**Address:**

**Brett Zeman**

**Address:** 1962 Southfield drive Bartlett IL 60103

**Sherry Lynn Zeman**

**Address:** 641 Morning Glory Lane Bartlet IL 60103

**Michelle George-**

**Address:**  88 Powder CT Dallas, Georgia 30157

**Michael Ojunga**

**Address:**

**Janice E Simmons**

**Address:** 5114 Mccahill Road, Chattanooga, TN 37415

**Charles Simmons-**

**Addres:** 5114 Mccahill Road, Chattanooga, TN 37415

**Sonja Jean Taddie-**

**Address:** 1544 Autumn Valley Way Brentwood California 94513

**Larry Dennis Medler**

**Address:** 6573 Crescent Loop Winter Haven Fl 33884

**Randall James Champ-**

**Address:** 35 W 19th Street Jacksonville FL 32206

**Ashley Cowart**

**Address:** 13810 Sutton Park N Drive Unit 1116 Jacksonville, FL 32224

**Savannah Smith Engel**

**Adress:** 205 W 15th Street Apt 4S New York, NY 10011

**Dorothy Janice Engel**

**Adress:** 153 Bayou Road Greenville, Mississippi 38701

**Jan Smith Engel**

**Adress:**

**Edward Engel**

**Adress:** 301 Oak Hill CT Fulton KY 42041

**Rhonda Pitfield**

**Adress:** 28 V Smith Road Purvis, MS 39475

**John P. Kirk (Steven Price)**

**Adress:** 7 Crestmont Place Newport News, Virginia 23606

**Shelly Mizelle**

**Adress:** 26059 Glasgow Drive Chantilly, Virginia 20152

**Michael Edward Franco**

**Adress:** 26059 Glasgow Drive Chantilly, Virginia 20152

**Roberto Chavez**

**Adress:** 2636 135th Street Lawton, OK 73507

**Suzanne Chavez**

**Adress:** 3312 Sheppard Avenue apt 43 El Paso Texas 79904

**Rachel Conant**

**Address:** 13011 Whisper Xing San Antonio, TX 78252

**Saleh Regan**

**Address:** 3510 Chase Avenue, Jacksonville Florida 32209

**Mark David Keyes**

**Address:**

**Barbara Anderson-**

**Address:**

**Janison Russel-**

**Address:**

**Margaret Anderson-**

**Address:**

**Barbara King**

**Address:** 21 Robbins Place Yonkers New York, NY 10705

**Thomas Schwartz-**

**Address:**

**Hector Garcia-**

**Address:**


**Adelina Jones**

**Adress:**


**Michael Brown-**

**Address:**


**Madonna Sloan Vance-**

**Address-** 37355 Church Avenue, Dade City, Florida 33525


**Philip Kyle Vance-**

**Address:** 37355 Church Avenue Dade City, Florida 33525


**Jared H Olian**

**Address:** 300 Lincolnwood Road, Highland Park IL 60035


**Jeffrey Olian**

**Address:** 1829 N Wilmot Avenue Chicago IL, 60647


**Joanne M Deprekel**

**Address:** 10826 Chickagami Trl Brutus, MI 49716

**Julie Worsek Olian**

**Address:** 1829 N Wilmot Avenue, Chicago IL 60647

**Mallory B Olian**

**Address:** 1888 Walnut Heights Drive East Lansing MI 48823

**Peter Anthony Deprekel**

**Address:** 10826 Chickagam Trl Brutus MI 49716

**Roy Downey Vance**

**Address:** 7640 Deer Path Lane Lando O Lakes, Fl 34367

**Mildred Krossman-**

**Address:** 102 Richards Avenue Apt 6 Winchester Virginia 22601

**Amanda Lynn Axley Turner**

**Address:** 311 Winding Brook CT Greenville SC 29617

**Joan Turner**

**Address:** 116 Doe Trl Winchester Virginia 22602

**Paul Turner**

**Address:** 1917 Martinsburg Pike Winchester Virginia 22603

**Tina Keffer**

**Address:** 216 Graywolf Trl Winchester Virginia 22602

**James Edgar Callahan**

**Address:** 370 Sunset Street Strasburg Virginia 22657

**Michael Malone-**

**Adress:** 326 Black River Road, Fletcher NC 28732

**Ruth Marie Fromme-**

**Address:** 1803 S Cascade Avenue Apt 15 Colorado Springs, CO 80905

**Destiny Ann Starr-**

**Address:** 907 Chestnut Street, Apt 17 Commerce TX, 75428

**Ryan Denise Estes, Ryan Crowder,**

**Adress:** 3344 Pine Forest Road, Cantonment Fl 32553

**Sandra Denise Stewart**

**Address:** 10195 Rebel Road Pensacola, FL 32526

**Angie Meier-**

**Adress: Adress:** 1780 Franklin Grove Parkway Bogart, Georgia 30622

**Timothy Heusser**

**Address:** 1780 Franklin Grove Parkway Bogart, Georgia 30622

**Katherine Thrift-**

**Adress:** 2290 Mountain View Drive Stafford, Virginia 22556

**Lydia Rubio-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 13980 Flora Vista Ave- El Paso Texas, 79928

**Mark Rubio**

**Adress:** 602 FM 1294 Lubbock, TX  79403

**Sheila Ballenger/-Sheila Johnson-**

**Address:** 3623 Bryan Road, Dora Alabama 35062

**Jean L O'Meara-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** Route 2 PO Box 522 East Marshall Va 22115

**Address:** 5090 Hideaway Hill Lane, Marshall, Virginia 20115

**Michael Murphy-** Laundering money through companies, banks, titles loans and offshore accounts.

**Address:** 10146 Statesboro Court, Manassas, Virginia 20109

**Ann Mary Dibello-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 7453 Thunderbird Road Liverpool New York 13088

**\*Autumn Donald-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 1508 S Riverstone Lane Apt 205 Boise ID, 83706

**\*Patricia Ann White-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke. Changing names for financial transactions.

**Address:** 6430 Rose Garden Drive, New Albany, OH 44136

**Linda York-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 21308 Arrowhead Court, Ashburn Virginia 22011

**Carolyn A. Klase-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 17161 Hampton Falls Terrace Lakewood Ranch Florida 34202

**Cathy Korell- Catherine K. Riley-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 1118 Hewlett Gulch Road Livermore CO 80536

**Wendy Campbell-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 6000 Sunderland Place Lynchburg, Virginia 24502

**Linda Frye- Cecilia Hart -** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Adress:** 5100 Plymouth Turtle Circle, Saint Cloud, Florida 34772

**Regina M. Davis -** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 3520 Central Avenue Apt 102 Memphis TN 38111

**Claude T. Margot-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 17604 Shores Drive Poolesville, Maryland 20837

**Sanford Goldberg-**

**Address:**


**Carolyn A. Clase- Trevor White- Elliot Bowles-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.


**Address**: 2195 Town Line Road, Alden, Ny 14004


**Geraldine Kay Borden- Married to Clifton Borden -** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:** 5296 Mulberry Street Stephen City, Virginia 22655


**William Esther Shea -** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:**


**Milton Gould-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:**

**Maria R. Stokes-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke. Changing names for financial purposes.

**Address:** 11247 San Jose Blvd, Apt 408, Jacksonville, Florida, 32223

**Anne Sloan-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke.

**Address:**

**Michael Malone-**

**Address:** 1576 Siskin Drive, Cordova TN, 38016

**Tiffany Holmes**

**Adress:** 474 PO Box Somerville TN 38068

**Doris Adams "Dunphy"**

**Address:** 176 Millet Circle, Cantonment Florida 32533

**David Miller**

**Address: 2089 East Glendale Drive Germantown, TN 38139**

**Elizabeth Wilson SR-** Laundering money through companies, banks, titles loans and offshore accounts. Fraud on the will and codicils of Jack Kent Cooke. Premeditated murder of Jack Kent Cooke.

**Address**- 2139 Sheebar Place Rock Hill, South Carolina 29732

**Elizabeth Wilson Jr-** Laundering money through companies, banks, titles loans and offshore accounts.

**Address-**2139 Sheebar Place Rock Hill, South Carolina 29732

**Elizabeth Laney Gilpin-** Laundering money through banks and title loans. Fictious names for financial purposes. ***go back* more serious charges

**Address:** 1354 N Harper Avenue Apt 214 West Hollywood California, 900046

**Other Beneficiaries/Family members-**

**Phillip Kent Cooke-**Laundering money through homes and offshore accounts.

**Address:** 2260 Centro Street EastTiburon, California 94920

**John Kent Cooke Jr-** Laundering money through homes and offshore accounts

**Address:** 982 White Horse Drive, Greenville, North Carolina 27834

**Wendy Kathleen Cooke-** Laundering money through homes and offshore accounts.

**Address:** 982 White Horse Drive, Greenville, North Carolina 27834

**Thomas Kent Cooke Jr**-Laundering money through homes and offshore accounts

**Address:** 1119 Washington Street, Key West, Florida, 33040-4849

**Caroline Cooke**- Laundering money through homes and offshores accounts

**Address:** 8570 California Avenue, Riverside, California 92504

**Ralph Kent Cooke Jr-** Laundering money through homes and offshores accounts.

Changing names for financial purposes.

**Address:** 575 Caden Lane, Lexington, Kentucky 40509

**Anita Crane Cooke**- Laundering money. Changing names for financial purposes.

**Address:** 8328 Dessert Quail Drive, Las Vegas, NV 89128

**Rita Cooke-** Fraud on the will of Jack Kent Cooke and setting up accounts and wills

with fake names people to launder money

**Address**: 49 Tuckers Town Road, ST Georges, Bermuda, HS02

**Harry Turner-**

**Address:**


**Sean Martin-** Laundering my father's money through properties, companies, and accounts.

**Address:** 1315 P.O. Box Hallandale, Florida, 33008


**Bonnie Martin-** Laundering Money and changing names for financial purposes.


**Address:** 142 Harrison Circle Locust Grove, Virginia 22508


**Rachel Martin-** Laundering my father's money through homes, properties, and companies.

**Address:**  400 West 63rd Street Apt 2403, New York, NY 10069


**Dominic Joseph Lewis:**

**Address:** 721 Conchshell Way, Plantation, Florida 33324


**Laura Cooke/Nancy Thomas/Nancy Phipps** - Laundering my father's money through homes, properties, and companies.

**Address:** P.O. Box 6486 Yuma, Arizona, 85366- 6486

**\*Marlena Kent Cooke-** Fraud on the will of my father and laundering money through homes, companies, and offshore accounts. Theft of property that my father left to me including over 5 million dollars worth of jewelry and clothing. Setting up the theft of my fathers money and possibly killing him. Marlena Designs. Premeditated murder.

**Address:** 8700 Old Dominion Drive, Mclean, Virginia 22102

**Rodrigo Angel Garcia-** Laundering of money of my fathers and premeditated murder

**Address:** 3101 New Mexico Avenue, N.W. Washington D.C. Apt. 544 20016

**Eduardo Garcia-** Laundering my father's money

**Address:** 220 20th Street S, Apt 1009, Arlington, Virginia 22202

**Tim Cooke-**

**Adress:** Apple – 6337 Hunters Creek Drive Trussville, Alabama, 35173

**Kyle Kramer-** Fraud. Laundering my father's money through different bank accounts.
**Address:** 22 Millbrook Road, New Vernon, NJ 07976

**Stephanie Mae Kramer**- Fraud. Laundering my father's money through different bank accounts and homes.

**Address:** 22 Millbrook Road, New Vernon, NJ 07976

**John Kenneth Kramer-** Fraud. Laundering my father's money through different bank accounts and homes.

**Address:** 22 Millbrook Road, New Vernon, NJ 07976

**Stephanie Dishart Kramer-** Fraud. Laundering my fathers money through different bank accounts.

**Adress:** 19 Horshoe Road, Darien**,** CT 06820

**Cooper Kramer-** Fraud. Laundering my fathers money through different bank accounts.

**Address:** 19 Horshoe Road, Darien, CT 06820

**Co-trustees-**

**Gianfranco Fiorio-** Laundering money through homes, companies, offshore accounts. Premeditated murder of my father. Changing names for financial transactions.

**Address:** 2600 North Nelson Street, Arlington, Virginia 2207

**Giovanni Ferrero-**

**Address:** 615 Riverside Dr, Reno NV 89503

**\*Patricia Anne Woodward** Fraud on will, laundering. Premediated Murder of my father. Laundering money through offshore accounts and hoems.

**Address-** 31 South Second Street Warrenton, Virginia 20186

## Atlantic Union Bank (Previously Middleburg Bank)-

**Address:** 11 West Washington Street Middleburg, Virginia 20217

**David Hartley-**Laundering money through homes, companies, offshore accounts.

**John Mason**- former friend of Marlene's- Using Middleburg Bank now Atlantic Union (Multiple locations) as a way to launder money through my bank account and other "beneficiaries". Using my account as a bank account and not a trust, as well as every other beneficiary.

**Joseph Boiling-** Using Middleburg Bank now Atlantic Union (Multiple locations) as a way to launder money through my bank account and other "beneficiaries". Using my account as a bank account and not a trust, as well as every other beneficiary.

**\*Diane Wigglesworth-** Laundering money through homes, companies, offshore accounts.

**Cathy Rice-** Secretary-(Also secretary for my father) Being the rolodex for all the

accounts and laundering money to different attorneys and companies

**W N Tiffany JR ESQ (Duvall) -** Laundering money.

**Address:** 51 Culpepper Street, Warrenton, Virginia 20186

**Chrysler HQ-** 21-8004 Auburn Mills, MI 48321

Premeditated torture and murder of my father, Jack Kent Cooke, in order for control of his estate.

**Fuji-** 7-3, Alaska 9- Chrome, Minato – KU, Tokyo 107 – 0052, Japan

Premeditated torture and murder of my father, Jack Kent Cooke, for control of his estate.

**Some More CT Corporation**

**Beverly L. Crump**

**Adress:** 111 East Main Street, Richmond Virginia 23219

**Sheila Crump Johnson-**

**Address:** 500 North Pendleton Street Middleburg, Virginia 20117

**Thomas Sherry**

**Adress:**

**Patrick Lincavage**

**Address:**

**Mary E. Carr**

**Adress:** 7819 Marion Lane Bethesda Maryland 20814

**Winder Heller**

**Addres:** 7819 Marion Lane Bethesda Maryland 20814

**Carolyn Brady Hughes**

**Address:** 6655 Fairfax Road Chevy Chase Maryland 20815

**Monica T Wells**

**Address: 3535 Chevy Chase Lake Drive Apt 209 Chevy Chase Maryland 20815**

**Mellissa Ann Johnson**

**Adress:**

**The College Board/Berger Action Fund**

**Daniela Berger Pollak-**

**Address:** P.O. Box 53241 Washington D.C. 2009

## CIA-

**Address- 6310 Georgetown Pike, Mclean, Virginia 22101**

Torture and premeditated murder of my father. In addition to laundering his money and orchestrating a fictious foreign will in Washington D.C. Elaborating fictious companies and names to create "billionaires" and start their own empire. Attempted murder of me multiple times.

**\*Some of the  CIA involved**

**Melvin Goodman**

**Gina Haspel**

**Vaughn Bishop**

**John Bennett**

**Bill Burns**

**Frank Archibald**

**Dillard**

**Anne Armstrong**

**Chuck McGinnis**

**John Deutsch**

**George John Tenet**

**Bill Tenet**

**John Patrick White**

**John Gordon**

 **John E. McLaughlin**

**Anthony Lake**

**Michael Hershman**

**James Gould**

**Marlene Moncado**

**Anthony Lake-**

**John Brennan-**

**Sally Turner-**

**Dick Walker**

**Alfred Ferrari**

**John Lambert**

**Grey**

**Woodward –**

**Edward McMahon**

**Cyrus Vance Jr.**

**Colin Powell**

**Toni Goodman**

**Kathy Carr**

**Banks-**

**Bank of America-**

**Thomas Woods-** Setting up Bank of America to launder my father. I went to the original

bank that was Nations Bank and they do not have any accounts in my name or his or

our social security numbers.

**Address:** P.O. Box 351, Charlottesville, Virginia 22902

**Wells Fargo-**

**Address: David Wyatt-** 420 Montgomery Street, San Francisco, California 94104

**PNC Financial Services**

**Address:** The Tower at PNC Plaza 300 fifth avenue, Pittsburgh, PA 15222

**Judges/Clerks-**

**Judge William Shore Robertson-** Allowing illegal court rulings in return over 100 million from my father's estate. Including, but not limited too, the agreement and reformation of my trust. Premeditated murder of my father.

**Address:**

**Judge Liam O'grady-** Being paid to dismiss my case and knowing information that pertained to my own benefit but withholding it from me in order to continue with the fraud. Premeditated murder of my father.

**Address:** 1831 Massachusetts Avenue, Mclean, Virginia 22101

**Patricia Connor-** Being paid to dismiss my case. Prejudice because she's married to Brendan Sullivan who was a defendant. Premeditated murder of my father.

**Thomas Martin-** Overcompensating himself as judge/commissioner and the executors. Giving the executors 8% of my father's estate. Premeditated murder of my father. (Deceased)

**Judge Edward Parker-** laundering money, fictious names, title loans. Premeditated murder of my father.

**Adress:** 6528 Alexis Lane, Springfield, Virginia 22152

**Judge Byron White-**

Address: 1900 W Place NE Washington D.C. 20018

**Judge Reed Conner-** Having "conflict". Laundering my father's. Premeditated murder of my father.

**Adress:**

**Tammie Sanders-** Laundering my father's money.

Adress:

**Judge Lewis Hall Griffith-** Laundering my father's money and premeditated murder of Jack Kent Cooke.

**Thomas J. Middleton-** Laundering my father's money

**Brian Bain**- (Clerk under Thomas Martin) Being involved in the offshore accounts. Premeditated murder of my father.

**W M D Harris Clerk-** Laundering my father's money through banks, homes, and companies. Premeditated murder of my father.

**Address:**

**Martha R. Mitchell-**Laundering my father's money through banks, companies, and properties.

**Gail H. Barb-** Laundering my father's money through banks homes and companies. Premeditated murder of my father.

**Address:** 29 Ashby Street Warrenton, Virginia 20186

**Westinghouse Electric-**Torturing and murdering my father. Laundering his money.

**Jose Emeterio Gutierrez**

**Address: 147 East 87th Place Los Angeles, CA 90003**

**Law firms-**

**McGuire Woods-**

**Address:** One James Center 901 East Cary Street Richmond, Virginia 23219

**\*Anne Marie Whittemore or Anne Burke (Aka Ann Libby, Anna Arnold, Brenda Libby, Anne Firestone, many other fictious names as well)-** Being involved in the fraud of my fathers will and orchestrating the offshore accounts and companies. Being involved in his murder. Name changes for financial transactions. Fraud on h

**Robert Patterson-** (**Lee Firestone**) Being involved in the fraud of my fathers will and orchestrating the offshore accounts and companies. Being involved in his murder. Name changes for financial transactions.

**Laura Pomeroy-** Being involved in the fraud of my fathers will and orchestrating the offshore accounts and companies. Being involved in his murder. Name changes for financial transactions.

**Sarah Catherine Ward-** Being involved in the fraud of my fathers will and orchestrating the offshore accounts and companies. Being involved in his murder. Name changes for financial transactions.

**Ed Mcguire-** Being involved in the fraud of my fathers will and orchestrating the offshore accounts and companies. Being involved in his murder. Name changes for financial transactions.

**Thomas Price-** Being involved in the fraud of my fathers will and orchestrating the offshore accounts and companies. Being involved in his murder. Name changes for financial transactions.

**Charles D. Fox-** Being involved in the fraud of my fathers will and orchestrating the offshore accounts and companies. Being involved in his murder. Name changes for financial transactions.

**Waller T. Dudley-** Being involved in the fraud of my fathers will and orchestrating the offshore accounts and companies. Being involved in his murder. Name changes for financial transactions.

**Dudley Payne- Gregory Dillon.**

**Pearson & Pearson-** 9 Culpepper Street 2nd Floor Warrenton Virginia 20186

**Greg M. Pearson**- Attorney for Executors and commissioner of accounts of my trust. Laundering money through homes and accounts. Signing the agreement and trust reformation.

**Hogan & Hartson-**555 13th Street NW Washington D.C. 20004

**Robert Brian Cave-** Withdrawing as my counsel in order to sign an illegal agreement to obtain money from my father's estate. Being involved in my father's murder. Laundering money through offshore accounts and homes.

**Catherine Pinkerton-** Withdrawing as my counsel in order to sign an illegal agreement to obtain money from my father's estate

**King Campbell Poretz Thomas-** 108 North Alfred Street Suite 1 Alexandria Virginia 22314

**Ryan Patrick Campbell-** Laundering my father's money through homes and companies

**Venable Law Firm-** 600 Massachusetts Avenue NW Washington D.C.

**Kamala Harris-** Laundering my father's money through homes and companies

**Amy Berman Jackson-** Laundering my father's money through homes and companies

**Winston and Strawn-** 1901 L Street NW Washington D.C. 20036

**Dan Webb-** Laundering money from JKC through accounts, homes and companies. Singing an illegal agreement and trust reformation.

**Charles Molster-** Laundering money from JKC through accounts, homes and companies. Singing an illegal agreement and trust reformation

**Michael K. Atkinson-**

**Squire Patton Boggs-** 2550 M Street NW Washington D.C. 20037

**Jerry Mccoy**- Premediated murder of Jack Kent Cooke and Thomas Patton. As well as attempted murder of me. Not representing me as a client and using the Marlene Agreement to obtain money through my father's estate and purchase a share of the Washington Football Team. Taking advantage of representing me and using it to his own benefit. Withholding important information that pertained to my own benefit. Orchestrating the reformation of my "trust"

**Charles Camp-** Premeditated murder of Jack Kent Cooke and Thomas Patton, my Guardian Et Litem. As well as attempted murder of me. Signing an agreement to pay everyone around me and use me as an experiment.  Not representing me as a client and using the Marlene Agreement to obtain money through my father's estate and purchase a share of the Washington Football Team. Taking advantage of representing me and using it to his own benefit. Withholding important information that pertained to my own benefit. Orchestrating the reformation of my "trust"

**Geoff Davis-** Premeditated murder of Jack Kent Cooke and Thomas Patton. Attempted murder of me. My Guardian Et litem. Signing an agreement to pay everyone around me and use me as an experiment. Not representing me as a client and using the Marlene Agreement to obtain money through my father's estate and purchase a share of the Washington Football Team.

**BG Stephenson-** Premediated murder of Jack Kent Cooke and Thomas Patton my Guardian Et Litem. Attempted murder of me. Signing an agreement to pay everyone around me and use me as an experiment Signing illegal agreements and laundering money through offshore accounts and homes.

**Breaux and Lott/ Bit Connect-** 15th Victory Avenue 355 NEX Tower, Downtown, Cyber City, New York

Laundering my father's money through banks, properties, and companies. Premeditated murder of Thomas Patton and Jack Kent Cooke

**John Breaux**

**Melissa Butler**

**Matthew Butler**

**Peter Butler**

**Kevin Cleveland**

**Trent Lott**

**Jamie Cushing**

**John Dennis**



**Arent Fox/Schiffin Hardin: 1717 K Street NW Washington D.C. 20006-**Laundering

my father's money through companies, properties, and banks

**Blank Rome: 1825 Eye Street NW Washington D.C. 20006-**

**GW Hospital:** 900 23rd Street NW Washington DC. 20037

Withholding documents from me regarding my father's death and being involved in his

murder

**Royston Funeral Homes:** 106 East Washington Street Middleburg Virginia 20117

Withholding documents from me regarding my fathers death and being involved in his

murder

Laundering my father's money through companies, banks, and properties. Being

involved in the premeditated murder.

**Crossroad Strategies-** 800 North Capital Street NW Washington DC 20002

Laundering my father's money through banks, companies, and properties.

**Jones Day-**

**Laundering my father's money through banks, properties, and companies**

**Brendan Sullivan**- Laundering Money through offshore accounts, homes, and companies. Signing an illegal agreement.

**Dane Butswinkas-** Laundering Money through offshore accounts, homes, and companies. Signing an illegal Agreement.

**Edward Bennett Williams-** Premeditated murder of my father, Jack Kent Cooke. Laundering Money through offshore accounts, homes, and companies. Signing an ilegal Agreement.

**Lynda L. Schuler-** Laundering Money through offshore accounts, homes, and companies

**Gulick, Carson, & Thorpe** 70 Main Street Suite 52 Warrenton Virginia 20186

**Robin Gulick-** 70 Main Street Suite 52, Warrenton, Virginia 20186. Premeditated Murder of my father.

**Sanford, Hesler, Sharp-**700 Pennsylvania AVE SE Suite 300 Washington D.C. 20003

**Greenberg Traurig-** 2101 L Street NW Suite 1000 Washington DC 20037

**Allen Foster-** Premediated murder of Jack Kent Cooke and Thomas Patton. Premediated murder of me. Guardian Et Lite Signing an agreement to pay everyone around me and use me as an experiment Signing illegal agreements and laundering money through offshore accounts and homes.

**Pamela Marple/Sawyer-** Fraud and laundering my father's money. Using fictious names. Murder of my father and Thomas Patton. Premediated murder of me.

**Wilkinson Steklloff-** 2001 M Street NW 10TH Floor Washington D.C. 20036

**Laundering my father's money through banks, properties, and companies**

**Beth Wilkinson**

**William Mullens-** 1666 K Street NW Washington D.C. 20006

**Kathleen Holmes-** Laundering money through homes and companies

**Mary Mancini-** (Arnold Porter, Now Loeb & Loeb) Taking loans and laundering money through homes and offshore accounts. Illegally living in my father's home in Washington D.C.

**Williams and Connolly-** 725 12TH Street NW Washington D.C. 20005

**Jay Freiberg Law Firm -**450 Seventh Avenue, New York, NY 10123

**Jay Freiberg-** Laundering money through homes, companies, and banks

**Gould, Milton Law firm-**

**Milton Gould- Murder of my father and laundering his money through accounts and homes.**

**William O'shea & Hartley-**152 Lynnway Suite 3A Boston, MA 01902

**William O'shea-** Involvement in my father's murder and laundering money to bank accounts and homes.

**David Hartley-** Involvement in my father's murder and laundering money to bank accounts and homes.

**Katz, Marshall, & Banks-**1718 Conneticuit Avenue NW Washington D.C. 20009

**Lisa Banks-** Laundering money through banks, homes, and companies

**Debra S. Katz-** laundering money through banks homes and companies

**\*Jay Sanford-** Orchestrating the will and being involved in laundering and paying the personal injury lawyer Haberkorn. Signing the illegal agreement and being involved in the murder of my father, Jack Kent Cooke.

**Jackie Sanford-** 3535 Highway 80 E, Lot 36 Pearl MS, 39208

**Charles Field-** Orchestrating the offshore accounts, companies, and homes. Name changes for financial transactions

**Covington & Burlington-**850 10th Street NW Washington D.C. 20001

**Doris Blazek White**- Orchestrating the fraudulent will and codicils. Premeditated murder. Orchestrating the offshore accounts, companies, and homes. Name changes for financial transactions. Using fictious names to launder money

**Paul Tagliabue-** Orchestrating the fraudulent will and codicils. Premeditated murder. Orchestrating the offshore accounts, companies, and homes. Name changes for financial transactions. Using fictious names to launder money

**Cox Law firm-** 1050 Connecticut Avenue NW Washington D.C.

**James Cox-** Laundering money through SMU and other companies from the JKC foundation.

**Arnold & Porter-** 601 Massachusetts Avenue NW Washington D.C. 20001

**David Bergman-** Laundering money through banks, homes, and companies.

**Fite, O'Brien, & Anderson Ltd-** 1960 Gallows Road, Suite 230, Vienna, Virginia 22182

**Kathleen O'Brien –** Laundering money through banks, homes, and companies. Premediated Murder of my father.

**James Blackburn-** Laundering money through banks, homes, and companies

**Henry Clinton-Davis-** Laundering money through banks, homes, and companies

**Marc Cohn-** Laundering money through banks, homes, and companies

**Whiteford, Taylor, & Preston-** 1800 M Street NW Suite 450 N Washington D.C. 20026

**Raymond Diaz-** Signing the agreement and laundering money through homes, banks and companies. Murder of my father.

**David J. Marshall-** Laundering money through banks, homes, and companies

**Robins & Kaplan-**1801 K Street NW Washington D.C. 20006

**Robert Bennett-** Laundering my father's money through companies and homes. Being involved in my father's premeditated murder.

**Gibson Dunn and Crutcher-**1050 Conneticuit Avenue NW Washington D.C. 200036

**Theodore Boisterous-** Involvement in my father's premeditated murder and laundering money to bank accounts and homes, including Apple,

**Irma Thompson-** Involvement in my father's murder and laundering money to bank accounts and home, including Apple.

**Sevilla, Sanders, Huddleston, & White-** 30 North King Street Leesburg Virginia 20176

**John Huddleston-** Laundering my father's money through banks, companies and properties.

**Craig Elliot White-** Laundering my father's money through banks, companies and properties.

**R. Penn Bain**- Laundering my father's money through banks, companies and properties.

**William R. Fitzpatrick -** Laundering my father's money through banks, companies and properties.

**Robert Sevilla**- Laundering my father's money through banks, companies and properties.

**Amiel Rossabi Law Firm-** 445 Dolly Madison Road Suite 200, Greensboro, NC 27410

**Amiel Rossabi-**

Laundering my father's money through lawyer's title loans.

**Ferguson Walton Shanshab-**12007 Sunrise Valley Drive Suite 140 Reston Virginia 20191

**Mark Earley Ferguson-**

Laundering my father's money through lawyer's title loans and going under fictious names for financial purposes.

**Jay Goldberg-** 250 Park Avenue Suite 2020, New York, NY 10177

**Jay Goldberg-**

Laundering my father's money through homes, companies, and lawyers title funds, withholding information regarding my arrest.

**Mark Fernich Law firm-** 152 W 57th Suite 2400 Street New York NY

**Mark Fernich-**

**Robert Caliendo-**

Laundering my father's money through homes, companies, and lawyers title funds, withholding information regarding my arrest to keep the fraud covered up. Verbal threats.

**Richard Roth Law –** 295 Madison Avenue FL 22, New York, NY 10017

**Richard Roth-**

Laundering my father's money under lawyer title loans. Never submitted my defamation

paperwork to keep the fraud covered up.

**Tacopina Siegel and Deoro-** 275 Madison Avenue Suite 3500, New York, NY 10016

**Joe Tacopina**

**Matthew Deoreo**

**Amazon-** 410 Terry Avenue North Seattle WA 98109

Laundering my father's money through homes, companies, and lawyers title funds.

Never submitting the paperwork to keep the fraud covered up.

**Kauff Laton Miller Law Firm-**950 Third Avenue Floor 15 New York, NY 10002

**Adam Miller**

**Nicholas Joseph**

Laundering my father's money through homes, companies, and lawyers title funds,

withholding information regarding my arrest.

**NY DA-** 1 Hogan Place, New York, NY 10013

**Cyrus Vance Jr. "Sloan"-** Fraud and laundering my father's money through homes, companies, fraudulent title loans. Being involved in the premeditated murder of my father. Using fictious names.

**Alissa Marque Heydari-** Fraud and laundering my father's money through homes, companies, fraudulent title loans. Using fictious names.

**Irma Goldberg-**

**Matthew Haberkorn Associates-** 2055 Woodside Road Suite 155 Redwood, City California 94061

**Matthew Haberkorn-** Harassment, permanently disfiguring my finger for life, and laundering my father's money through title loans.

**The IRS-**1500 Pennsylvania avenue NW Washington D.C. 20220

Laundering my father's money and covering up the fraud going on with the estate and the fraudulent nonprofit companies. Withholding information.

**Washington Football Team-**21300 Coach Gibbs Drive Ashburn Virginia 20147

**\*Daniel Snyder-** Being involved in my father's murder and laundering his money

**Tanya King Snyder-** Laundeirng my father's money

**Tara King Brown-** Laundering my father's money

**Paul Allen Brown**- Being involved in my father's murder and laundering his money.

**Whitney K Langston-**

**Lucille Roberson-**

**Bruce Allen-**

**Andrew J Duell**

**Karen Lieber**

**Brian G Cox**

**Dominque Fitch**

**Rodney Johnson**

**Louis Mezullo**

**Andrew Fitch**

**Timothy Allen Michael Dowling-**

**Adress: 2628 Pickerington Way Hudson OH 44326**

**Michael Burns-**

**Jay Burns-**

**Jay Sloan –**

**Mary Frantz**

**Peggy Ross-**

**Robert Morris-**

**Richard Huffler-**

**Arlette Snyder-**

**Bruce Allen-**

**Dwight Schar-**

**Michele D Snyder-**

**Tonya Snyder-**

**Robert Rothman-**

**Fredrick W Smith**

**Stephen Choi-**

**Richard Roth-**

**Jay Sloan-**

**NFL-** 345 Park Avenue New York, NY 10154

**Roger Goodell-** Laundering my father's money and covering up the murder of my father and fraud in return for money.

**Oscar Health-** 75 Varrick Street, New York NY 10013

Purposefully withholding important documentation in regards to my medical records. I'm demanding to have all records.

Joshua Kushner

Mario Shlosser

**Robert Duvall- Being involved in the murder of my father and fraud of my father's estate.**

**Adress:** 6392 Hazeltop Lane The Plains, Virginia 20198

**Attorney General/Governor VA-**

**William Hurd-** Being illicit with the court approval of my fathers will in the courts and laundering money through homes and offshore accounts and approving "the agreement" knowing it was illegal.

**Mark Earley-** Laundering Money through offshore accounts and homes.

**Michael K. Jackson-** Laundering Money through offshore accounts and homes. Approving "The agreement" that had conflict and was illegal.

**Marty G. Morris-** Laundering Money through offshore accounts and homes. Approvign "The Agreement" that had conflict and was illegal.

**The state of Virginia-** Murder and torture of my father and laundering his money

**The Distric of Columbia-** Murder and torture of my father and laundering his money. o

**Virginia Counties-**

**Loudoun County**- Making my fathers estate tax exempt in 2004 and sending over 1 Billion dollars to their county for illegal purposes.

**Fairfax County-** Taking over 600 million from JKC Foundation for illegal purposes.

**Fauquier County-** Being involved in the fraud of my fathers will and still withholding "the will" from me. Laundering money.

Schools

\*Most parents, staff, and students at Hill 1991-Present. Carlbrook all faculty, parents, as well as students. Holy Child. All Faculty and most students and parents in my grade, as well as other grades.. A large number of students at SMU and faculty, specifically 2005-onward. The students at SMU all knew.

**The Hill School-** 130 South Madison Street Middleburg Virginia 20117

**Premeditated Murder of my father and laundering his money.**

**Thomas Northrup-**

**Tom Woodruff-**

**Tom Schwartz**

**Harry Fleming**

**Marilyn Curry**

**Yvonne Miller**

**Linda Marie Fucci Hart- Linda Marie Fuci, Linda Ann Sigmund, Linda Frye- Al**

**Saunders, goss, Knight, locke Settles, Brown, Lee, Ho,**

**Harris, Trumbo,**

**Joseph Frank Fucci Hart- Port Richey Florida**

**Robert Conway**

**Address:** 381 Mt Holly Road Katonah, NY 10536

**Rebecca Regan**

**Address:** 58 Corey Lane Mendham, NJ 07945

**M Mann**

**Addres:** 10312 Bells Mill Terrace Potomac MD 20854

**Bett Jean Thompson**

**Address:** 312 Newtown Street Apt B, Medford OR 97501

**Giselle Griggs**

**Address:** 10313 Bells Mill Terrace Potomac MD 20854

**Alejandro Camp**

**Adress:** 10305 Bells Mill Terrace Potomac MD 20854

**Carmen Mejia**

**Address:** 8159 Whitsett Avenue North Hollywood California 91605

Roger Haney

Address: 7501 Neal Road Lot 33, Charlotte NC 28262

**Cristina Diaz**

**Adress:** 8159 Whitsett Avenue North Hollywood California 91605

**Kissha Haney**

**Address:** 7160 Meyer Road Fort Mill SC 29715

**Grikor Habeshan**

**Address:** 8160 Whitsett Avenue North Hollywood California 91605

**Teresa Vides**

20 Pine Street New York, NY 10005

**Ryan John Green**

20 Pine Street Apt 708 New York, NY 10005

**Cesar Buenostro**

**Address:** 609 S Ross Street Santa Ana Ca, 92701

**Walter G Lambert**

**Address:** 596 Glenbrook Road Stamford CT, 06906

**Sheila Blank**

**Address**: 596 Glenbrook Road Stamford CT, 06906

**Suzanne Rosen-**

**Address:** 596 Glenbrook Road Stamford CT, 06906

**Jordan Isner**

**Address:** 210 N Church Street Unit 2712 Charlotte NC 28202

**Valerie Doyle**

**Address:** 596 Glenbrook Road Stamford CT, 06906

**Mary Ramirez**

**Address:** 7737 Bell Avenue Los Angeles California 90001

**Yolanda Buenostro**

**Address:**

**Luis Gonzalez**

**Address:**

**Rex "Huphy"**

**Adress:** 205 East 85th Street apt 14B New York NY 10028

**Cameran Buchanan-**

**Adress:** 11381 Mclaughlin Lane, New Kent, VA, 23124

**Melonye Cleveland-** (Polly)

**Adress:** 3734 Benton Street, NW Washington D.C. 2007

**William Edwards Casey-**

**Adress:** 340 Old Blackstock Road, Spartanburg, SC 29301

**Casey Carroll Edwards-**

**Adress:** 816 Hubbard Street Mineral Wells, TX 76067

**Ellen Edwards-**

**Adress:**

**Max Vogel-**

**Adress:** 82 Maple Street. Danville, PA. 17821

**Anthony Harvey-**

**Adress:** 811 Port A Prince Court Forest Park, Georgia, 30297

**Kendall Lee Harvey-** 1741 Magnolia, AR 71754

**Jacqueline Faye Harvey** (Marshall)-

**Adress:** 824 Main Street Magnolia, AR 71753

**Medora Hartz**

**Address:**

**Stephen Johnson-**

**Adress:** 625 Malaga Pl, Panama City Beach, FL32413

Medical Malpractice. Laundering my father's money.

**Jennifer Mock**

**Doctor Moses**


**NVR-** 10901 Sir Paul Pl, Clinton, Maryland 20735


**Wynn Benjamin-**

**Address:** 9202 Gateway Terrace, Potomac, Maryland 20854


**Black Diamond Corp-** 19409 Plantation Road Building 2 Unit 1 Rehoboth Beach, DE

19971

Laundering my father's money through banks, companies, and properties.

**BET-** 10635 Santa Monica Blvd Los Angeles CA 90025


**Sheila C Johnson (SM)-** Laundering money through my father's estate to BET-

January 1949 – Berkley Poland, Marian Poland, Janice C. Aaron,  Janice C Aaaron


**Robert (Bob) Louis Johnson-** November 1973


**Debra Lee-** Taking loans and laundering money through homes and offshore accounts.

Illegally living in my father's home in Washington D.C.

**Address:** 10814 245th Place, Kent WA 98030

**Andrea Maurice Thompson-**

**Address:** 15150 65th avenue S, Apt 711 Tukwila, WA 98188

**Laurence A Wolfe-**

**Address:** 8548 Adir Drive Canoga Park, CA 91304

**Susan Wolfe-**

**Address:** 8548 Adir Drive Canoga Park, CA 91304

**Scott Guthrie-**

**Address:** 5712 Desert Vista Trl Cave Creek Arizone 85331

**Shaun Guthrie-**

**Address:** 4501 Farm Road 66 Springfield MO 65803

**Ashley M Hoffman**

**Address:** 430 Arrowhead Street Apt C Springfield MO 65807

**Melissa Faye Wolfe-**

**Address:** 3746 Ruette San Rapheal, San Diego, CA 92130

**Bill Gates-**

**Adress:** 616 Highway 8 West Calhoun, City MS 38916

**Patricia Haynes (Stribling)-**

**Address:** 312 River Road Chestertown, MD 21620

**Kristin Casey**:

**Address:** 5622 N Glenwood Avenue Chicago, IL 60660

**Lori Dunham-**

**Address:** 13103 Coastal Circle, West Palm Beach FL, 33410

**Richard Hernandez-**

**Address:** 10146 Stonehenge Circle Apt 707 Boyton Beach Fl, 33437

**Shayla Hernandez-**

**Address:** 11129 63rd Lane West Palm beach ,FL 33412

**Gilberto Hernandez-**

**Address:** 601 20TH avenue Apt A Fort Lauderdale , FL 33312

**Alan John Small-**

**Address:** 900 Broward Road, Apt 38 Jacksonville FL 32218

**Alexis Sparks-**

**Address:** 300 Huiet Drive Mcdounough GA, 30252

**Sloan Vance-**

**Address:**

**Bob Walsh**

**Address:** 5535 Jefferersonton Road Jeffersonton Virginia 22724

**Mollie Mailman**

**Address:** 70 Rainey Street Apt 1403 Austin TX 78701

**David Kipps Martin**

**Address:** 1018 Liberty Furnace Road Edinburg, Virginia 22824

**Tammy Lynn Martin**

**Address:** 1018 Liberty Furnace Road Edinburg, Virginia 22824

**Heather Martin Kline**

**Address:** 7529 Luminary Drive Williamsburg Virginia 23188

**Nolan Cline**

**Address:** 4252 Birdella Drive Williamsburg Virginia 23188

**Miguel Oaxaca**

**Address:** 5423 Jefferersonton Road Jeffersonton Virginia 22724

**Krista Marie Blodgett Greenblatt-**

**Address:** 743 Valley Forge Avenue Lawerence Township NJ 08648

**Luis Beltran-**

**Address:** 173 Nebraska Avenue Apt 13 Trenton, NJ 08619

**Julio Salas-**

**Address:** PO Box 84 Trenton NJ 08601

**Address:** 2303 Greeley HWY Lot 5 Cheyenne WY 82007

**Rebecca Young**


**Jonathan Newfield-**

**Address:** 2 Bayclub Drive Apt 18S Bayside NY 11360


**Constantinos Liolis-**

**Address:** 2 Bayclub Drive Apt 18E Bayside NY 11360

**Austin Byran**

**Address:** 224 Alpine Road West Palm Beach FL 33405

**John Selby Byran**

**Address:** 149 East 73rd Street New York, NY 10021

**Priscilla Kauff**

**Address:** 149 E 73rd Street Apt 9B New York, NY 10021

**James Macnaughton**

**Address:** 149 E 73rd Street Apt 5A New York, NY 10021

**Katherine Brodsky**

**Address:** 149 E 73rd Street Apt 4A New York, NY 10021

**Joseph Dagastino**

**Address:** 518 Underhill Avenue Bronx, New York 10473

**Aaron Allen**

**Address:** 515 Underhill Avenue Bronx, New York, 10473

**Steven Wheeler**

**Address:** 8148 Whitsett Avenue North Hollywood California 91605

**Gohar Hovsepyan**

**Address:** 8160 Whitsett Avenue North Hollywood California 91605

**Jorge Vega**

**Address:** 4219 Marathon Pkwy Little Neck NY 11363

**Jason Ko**

**Address:** 4223 Marathon Pkwy Little Neck NY 11363

**John Quinnlan**

**Adress:** 4233 Marathon Pkwy Little Neck NY 11363


**Spiro Colatis**

**Address:** 1 Bay Club Drive Apt 19S Bayside NY 11360


**Edward Cole**

**Address:** 178 Rockcrest Road Manhasset NY11030


**Peter Regis**

**Address:** 168 Rockcrest Road Manhasset NY 11030


**Steven Taback**

**Address:** 2 Bayclub Drive Apt 17N Bayside NY 11360


**Ricky Jo Perry**

**Address:** 4509 Spring IS Okatie, SC 29909

**Granelia Matias**

**Address:** 519 Underhill Avenue Bronx, New York 10473

**Rosmarie Mcgloughlin**

**Address:** 116 E 66th Street New York, New York 10065

**Richard Boiardo**

**Address:** 166 Perry Street New York NY 10015

**David M Shaffer**

**Address:** 259 East 7th Street apt 3E New York, NY 10009

**David Wayne Shaffer Jr**

**Address:** 4743 Weiman Avenue Ridgecrest California 93555

**Anna Wintour aka "Jean Castle"**

**Address:** 172 Sullivan Street New York, NY 10012

**Dr Richard Boiardo**

**Address:** 150 Charles Street Apt 6CN, New York NY 10014

**Rennee Boiardo**

**Address:** 150 Charles Street Apt 6CN, New York NY 10014

**Ashleigh Randall**

Address: 7 Winding Brook Drive Dover, NH 03820

**Lauren Davenport**

**Address: 40 E 12th Street Apt 6B, New York, NY 10003**

**Alecta Hill**

**Addres: 77 Tompkins avenue Brooklyn New York 11206**

**Addres:** 705 Mace Dr Fort Washington MD, 20744

**Norval E Turner**

**Address:** 3930 Tallow Tree Place, Fairfax Virginia 22033

**Gail Young**

**Address:** 19385 Cypress Ridge Terrice, Unit 403 Leesburg Virginia 20176

**John O'Conner-**

**Adress:** 421 Clear Oak Drive Dalton Georgia, 30721

**Carrie Heffner-**

**Adress:** 421 Clear Oak Drive Dalton Georgia 30721

**Claude Pope**

**Warren Buffett-**

**Adress:** 2725 Carson Aveue Knoxville TN 37917

**Emma Buffett-**

**Adress:** 96 Perrin Avenue Pompton Lakes, NJ 07442

**Alton Buffett-**

**Adress:** 96 Perrin Avenue Pompton Lakes, NJ 07442

**Elon Musk-**

**Adress:** 3500 Deer Creek Road palo Alto CA 94304

**Jeff Bezos-**

**Adress:** 44 Beverly Park Circle, Beverly Hills Ca, 90210

**Kenneth Jacobson-**

**Adress:** 3 Electra Circle, The Woodlands TX, 77382

**James Gray**

**Address:** 158 Bayview Street Camden Maine 04843

**Alan S Goldman**

**Addres:** 210 Bayview Street Camden Main 04843

**Jorge Filipe Pereira**

**Address:** 262 Taafe Place Apt 110 Brooklyn New York 11205

**William Paley-**

**Adress:** 1133 Chain Bridge Road Mclean Virginia 22101

**William George Brumder**

**Address:** 900 E Durant Avenue, Apt 114, Aspen, CO 81611

**John Henson (Carlbrook)-**

**Adress:** 1724 Harness Place Brentwood, TN 37069

**Allison Van Meter-**

**Adress:** 5157 5TH Street Fallbrook California 92028

**Stuart Coleman-**

**Address:** 485 5834 Williamsburg Landing Dr Williamsburg Virginia 23185

**Robert Butterfass**

**Address:** PO Box 485 Oak Bluffs MA 02557

**Cecilia Brennan**

**Address:** PO Box 485 Oak Bluffs MA 02557

**John Brennan**

**Address:** 98 Hard hill Road Bethlehem CT 06751

**Lizzie Bray**

**Address:** 9391 Quadrangle Street Lorton Virginia 22079

**Alexandra Long**

**Address:**

**John Delamothe**

**Address:** 4393 Miners Creek Road Lithonia GA, 30038

**Eleni Alfoginis**

**Address:** 750 Glebe Road Apt 917 Arlington, Virginia 22203

**Katherine V Wells**

**Address:** 10207 Gainsborough Road Potomac Maryland 20854

**Grier G Wells**

**Address:** 1081 Arbor Lane Jacksonville Florida, 32007

**Mary Butterfass**

**Address:** 2500 5th Street, East Meadow NY 11554

**Rosaria Marie Cuminale**

**Address:** 601 Elwood Road East Northport, NY 11731

**Address:** 381 Mt Holly Road Katonah NY 10536

**Chris Regan**

**Address:** 381 Mt Holly Road Katonah NY 10536

**Leslie Regan**

**Adress:** 381 Mt Holly Road Katonah NY 10536

**Robert Clark Regan**

**Address:** 10724 Cape Shore Ave Las Vegas NV 89166

**Ronald Boyer**

**Address:** 8721 Dodds Canyon Street Las Vegas NV 89131

**Patricia Loomis**

**Address:** 111 Partridge Run, Schenectady New York 12309

**Julia Loomis**

**Address:** 181 Christopher Street New York NY 10014

**Arthur Loomis**

**Address:** 11 Partridge Run, Schenectady New York 12309

**John Cozzi**

**Address:**

**Weni Cozzi**

**Address:**

**Marie Sanford**

**Address:** 184 W Cornwall Road Sharon CT 06069

**Fred Sanford**

**Address:** 68 Greenwich Way #5 Milford CR 06460

**Address: PO Box 270 York Harbor Maine 03911**

**Barbara Harrison-**

**Adress:** 9812 Chesterfield Place NW Washington D.C 2008

**Timothy P Conway**

**Address:** 38 Lido Road Unionville Ct 06085

**Kevin Mullins-**

**Adress:** 35 East Main Street Whitesburg, KY 41858

**Walter Arader-**

**Adress:** 4519 Dry Creek Road, Napa CA 94558

**Cathy Gilder-**

**Adress:**  3800 Twiford Court, Fredericksburg, Virginia 22408

**Donald Hayes Riddell**

**Address:** 588 Bell Street Unit 803 Seattle Washington 98121

**Carol Mary Keyes**

**Address:** 588 Bell Street Unit 803 Seattle Washington 98121

**Giovanni Ferrero**

**Address:** 184 Bay View Street Camden Main 04843

**Kathleen Brumder**

**Addres:** 2115 N Lake Drive, Milwaukee WI 53202

**Chris Robb**

**Address:**

**Nell Diamond**

**Address:**

**Elizabeth Cart**

**Address:** 123 Old Field Road Hawley PA, 18428

**James Patrick Lyons**

**Address:** 123 Old Field Road Hawley PA, 18428

**John Ross**

**Address:** 123 Old Field Road Blooming Grove, PA 18428

**Winifred Anne Barnes**

**Address:** 61 E 77th Street, Apt 9A New York, NY 10075

**Worthington Linen**

**Address:** 1214 5TH avenue Apt 40B New York, NY 100029

**John Thompson**

**Address:** 123 Old Field Road Blooming Grove, PA 18428

**Lynn Dawes**

**Address:** 123 Old Field Road Blooming Grove, PA 18428

**Stephen Olsen**

**Address:** 647 Zamora Avenue Coral Gables, FL 33134

**Rupert Scofield**

**Address:** 166 Bayview Street Camden Maine, 04843

**Sara Smothers-**

**Michel Faye**

**Adress: New Zealand**

**Chris Darling-**

**Address:** 117 Lipa Road Harpursville, NY 13787

**Linda Darling**

**Address:** 3103 Kensington Road Endwell NY 13760

**Armando Ramirez-**

**Address:** 7737 Bell Avenue Los Angeles, California 90001

**Linda Hodges**

**Address:** 106 Maple Street Jonesville, NC 28642

**Paul Selner Jones**

**Address:** 3103 Kensington Road, Endwell NY13760

**Michelle Jones**

**Adress:** 5397 State Route 26, Apt 4, Whitney Point NY13862

**William M Farell**

**Address: 307 Dias Creek Road Cape May CT House, NJ 08210**

**Maribel Darling**

**Address:** 1549 Scaraway Drive San Jose, CA 95132

**Lawrence Franklin Young-**

**Address:** 243 Overlook road PoughKeepsie, NY 12603

**George Labranch**

**Address:** 471 Woodbury Road Cold Spring Harbor New York 11724

**Hoda S Yavari-**

**Adress:** 3516 Massachusetts avenue NW Washington D.C 20007

**Mark Ballantine-**

**Adress:** 3516 Massachusetts avenue NW Washington D.C 20007

**Gary Martin Mailman**

**Address: 334 Saint Stephens School Rd Austin TX 78746**

**Sandra Kay Mailman**

**Address:**

**James Alton Downes**

**Address: 1036 Golf Valley Drive Apoka Florida 32712**

**David John Young**

**Address:** 134 Mccartney Lane Bellefonte PA 16823

**Mark Alan Young**

**Address:** 139 Mccartney Lane Bellefonte PA 16823

**Anne Ballantine-**

**Address:** PO Box 279 Easton Maryland 21601

**Andrew Gordon:**

**James Conway**

**Address:** 2488 5TH Street East Meadow New York 11554

**Maryanne Snyder**

**Address:** 401 Abington Place East Meadow New York 11554

**Michelle Lamoth**

**Address:** 14 17th Street W # c2 Salisbury, MA 01952

**Maria Royer**

**Address: 122 Chase Road Manahaset NY 11030**

**David Royer**

**Address: 122 Chase Road Manahaset NY 11030**

**Celeste Wheelwright**

**Address: 6644 John Marshall HWY The Plains, VA 20198**

**Henry Chalfant Wheelwright**

**Address: Po Box 91 The Plains, VA 20198**

**William S Browne Jr**

**Address:** 124 Old Clinton Road Flemington NJ 08822

**Barbara Marshall-**

**Adress:** 226 Plantation Circle, Ponte Verde Beach, FL 32082

**James J Snyder**

**Address:** 3494 Carrollton Avenue Wantagh New York 11793

**John Robert Marshall-**

**Adress:** 226 Plantation Circle, Ponte Verde Beach, FL 32082

**Timothy Reed**

**Address:** 1306 Elmwood Avenue Cranston RI, 02910

**Mollie Queen Coleman-**

**Address:** 543 PO Box Gainesville, VA 20156

**Tarue Coleman-**

**Address:** 12802 Frontier Lane, Woodbridge, Virginia 22192

**Tom Northrup**

**Address:** PO Box 65 Middleburg Virginia 20118

**Kathyrn E Mundo-**

**Address:** 991 Greenville Circle, Erie, CO 80516

**Bobbie L Thorpe**

**Address:** 4612 Nottingham Street Battelfield Mo 65619

**Kristin V Coleman**

**Address:** PO Box 375, Lorton Virginia 22199

**Kristin Marie Coleman**

**Address:** 8566 Blackfoot Court Lorton, Virginia 22079

**Lori Jo Sisk-**

**Address:** 1004 Park lane Osceola, LA 50213

**Sadia Coleman**

**Address:**  8572 Old Plank Road, Jacksonville FL, 32220

**Brenda Cannon-**

**Address:** 1275 Plymouth Place Jacksonville Fl 32205

**Thomas William Burke-**

**Adress:** Virgil Lane Jacksonville Fl 3224

**Natalie C Hills (Stewart)-**

**Adress:** 3310 Indian Meadows Lane, Charlotte NC, 28210

**Raymond Gonazalez-**

**Adress:** 146 Lawson Holw Laurens SC, 29360

**Dean Schroth- (Gardner)-**

**Adress:** 410 7th Street Apt 2, Brooklyn, NY 11215

**Dawn M. Gallagher Cox-**

**Adress:** 685 6TH Avenue Brooklyn, NY 11215

**Elizabeth Gallagher-**

**Adress:** 8 Strong Place, Apt 3, Brooklyn, NY 11231

**Maria C Leavitt-**

**Adress:** 673 Cedar Valley Terrace, Lawrenville GA 30043

**Carmen Georgeta Lorga-**

**Adress:** 1401 Ridge Road, Lawrenceville, GA 30043

**Antonio Maurice Robinson**

**Address**: 1715 Don San George CT Orlando FL 32812

**Ashley Hall**

**Address:** 3258 Lyons Lane Bonifay Florida, 32425

**Caroline M Vason**

**Address:** 9601 Southbrook Apt, E107 Jacksonville, Florida 32256

**William Esther Reed**

**Adress:** 2906 Illinois Street Portland OR 97239

**Brian Swanson**

**Adress:**

**Dereck Coleman-**

**Address:** 9168 5th Avenue Jacksonville, FL 32208

**Robert Regan**

**Address:** 3439 Mullis CT, Jacksonville FL 32218

**Barbara Regan-**

**Address:** 3439 Mullis CT, Jacksonville FL 32218

**Ryan Plumber**

**Address:** 987 Summit View Drive Portland Oregon 97225

**Courtney Plumber**

**Address:** 13110 Dalton Ranch Lane Portland Oregon 97229

**Thompson Family-**

**Mark Zuckerberg-**

**Adress:** 1 Hacker Way Menlo Park California 94025

**Taylor Clinton Adams**

**Address:** 36193 Panorama Drive, Yucaipa, California 92399

**Ryan Plummer**

**Address:** 3162 Eucalyptus Street Marina Ca 93933

**Andrew Green**

**Adress:** 4813 Truesdale Place Charlotte, NC 28227

**Rostom Kocharyan**

**Address:** 130 Olive Street, Apt 1, Glendale, CA 91206

**Narine Kocharyan**

**Address:** 130 Olive Street, Apt 1, Glendale, CA 91206

**Andrea Talin Bergman**

**Adress:** 2844 Montrose Avenue Apt 207 Crescenta, CA 91214

**Rose M Bradley**

**Adress:** 955 Eilinita Avenue, Glendale CA 91208

**Lauren Santo Domingo**

**Adress:** 31 W 21st Street Apt 3, New York, NY 10010

**Andres Santo Domingo**

**Adress:** 31 W 21st Street Apt 3, New York, NY 10010

**Luciana Duvall-**

**Adress:** 6392 Hazeltop Lane The Plains, Virginia 20198

**Sally Turner-**

**Adress**: 843 Lucas Street Apt 216 Rock Hill SC 29730

**Address:** 9391 Quadrangle Street Lorton Virginia 22079

**Michael Thomas Rowe**

**Address:** 620 S 24th Ave Hollywood Florida 33020

**Michael Mcguire**

**Address:** 216 River Road Shelton CT 06484

**Susan T Hall**

**Address**: 2917 NE 6th Place Cape Coral, FL 33909

**Majorie R. Roberts-**

**Address:** 5093 Dronningens Gade, Suite 1, ST Thomas Island, VI 00802

**Michelle Branham**

**Address:** 5129 Little Beaverdam Ct Holly Springs NC 27540

**Tiffany S Hall**

**Address**: 230 NE 38TH Street, Oakland Park, Fl, 33334

**Wesley Hall**

**Address:** 20 Kingsbridge CT Warrenton, Virginia 20186

**Catherine Jean Seesholts**

**Address:** 3959 Hadjes Dr apt 2308 Lake Worth Florida 33467

**Michael Riggs Crane**

**Address:** 123 Old Field Road Blooming Grove, PA 18428

**Karen Crane**

**Address**: 37119 Adams Green Lane, Middleburg Virginia 20117

**James Reid Hall**

**Address:** 199 SE Caprona Ave Port Saint Lucie FL 34983

**George K Hart- Parks McMurphy Hart**

**Panda Gordon- John Gordon-**

**Adela Griswold-** 505 Queen Street Alexandria Virginia 22314

**Matthew Fisher-** 275 Albert Road Stokesdale, NC 27357

**Katherine Thomas-** 3339 W Centennial Avenue, Littleton, CO 80123

**Kevin Thomas-**

**Celie Hart-** 212 Chester Avenue Annapolis, Maryland 21403

**Brian Thomas Sherman-** 10730 Tealwing CV Fredericksburg, VA 22407

**Nick Fleming-** 6470 Wildwood Lane Middleburg Virginia 20117

**Edward McMahon-**

**Adrianna Beer**

**Wolf-**

**Holy Child-** 9029 Bradley Blvd Potomac Maryland 20854

Laundering my father's money through faculties, students, companies, bank accounts.

**Foxcroft-** 22407 Foxhound Lane, Middleburg Virginia 20117

Laundering my father's money through faculty, students, companies, bank accounts.

**Episcopal School-** 400 V E S Rd, Lynchburg, VA 24503

Laundering my father's money through faculties, students, companies, bank accounts.

**Carlbrook-**

Fraud. Laundering my father's money through faculties, students, companies. Certain Faculty being involved in his murder.

**Jonathan Price-** Premediated murder of Jack Kent Cooke. Laundering his money through homes and accounts.

**Address:** 4106 Granby Road Woodbridge Virginia 22193

**Matthew Price-** Premediated murder of Jack Kent Cooke. Laundering his money through homes and accounts.

**Address:** 8 Moore Road West Alexander, PA 15376

**Rob Grant Price-** Premediated murder of Jack Kent Cooke. Laundering his money through homes and accounts.

**Address:** 9612 Wedgewood Place Fort Washington, Maryland 20744.

**Patricia Price-** Premediated murder of Jack Kent Cooke. Laundering his money through homes and accounts.

**Address:** 8309 Manor View Road, Lusby, Maryland, 20657.

**The "Little" Kids School-**

**Mia Ferrari**

**Adress:**

Kristin Wagner-

Adress:

**Marymount College New York-** 221 East 71st Street New York, Ny 10021

Corey Lieberman-

**Marymount Elementary New York-** 2 East 82nd Street New York, NY 10028

**Marymount Bel Air-**

SMU- 6425 Boaz lane, Dallas, Texas 75205

COX- Company- 1400 Lake Hearn Drive, Mail Stop Atlanta, Ga 30319

Hughes Medial- 19700 Helix Drive Ashburn Virginia 20147

**T. Rowe Price-**
Address- 100 East Pratt Street, Baltimore, MD 21202

**Planned Parenthood-**400 West 30TH Street Los Angeles California 90007

\*I'm demanding all information on a surgery I had in 2008, as well as laundering my father's money.

Alexis McGill Johnson-

**Bill Stromberg-** Laundering of Jack Kent Cooke's money and premeditated murder.

**Allen & Company- 711 5th Avenue Suite 9 New York, NY 10002**

**Black Rock- 40 East 52nd Street Suite 2, New York, NY 10002**

**Apple-**

Address: 1 Infinite Loop Cupertino, CA 95014

Steve Jobs:

(Reed Jobs, Mark Rogers, Gary Nelson, Travis Rivera, Richard Fisher, Michael Smith, Frances Murphy, Lora Holm, Charles Nelson)

John C. Montgomery (Appleseed)- 623 Chelsea Road, Jackson MS 39212

Breanne Lambert- 119 Ashton Drive, Brandon MS, 39047

**Address:** P.O. Box 177 Hudson WY, 82515

**Vicki Marie Long-**

**Address:** 221 S Indiana Avenue, Hudson WY, 82515

**Nellie P Gibson-**

Address: 3130 Red Hill Road Gordonsville Virginia 22942

**Amanda Davis-**

**Address:** 18588 Brick Church Road, Orange Virginia 22960

Stephanie April Edwards

Address: 4205 Golden Oaks Lane Monterey CA 93940

**Gwendolyn Cummings**

**Address: 6001 Spring Creek Lane Atlanta Georgia 30350**

**Kate Carr-**

**Address:**

**Leanndra Valdes**

**Address:** 540 Horizon Ridge Pkwy Henderson NV 89012

**Cristina Richards**

**Address:**

**Craig Goodman**

**Address:** 4661 Jacmel CT, Sparks, NV 89436

**Bubba Carr**

**Address:**

**Daniel Robert Kazmier**

**Address:** 5 Wharton Road San Diego CA 92140

**Address:**

**Matthew B. Clarke-**

**Address:** 6818 Deer Creek Edwardsville, IL 62025

**Rebecca Donahue-**

**Adress:** 3270 Stanley Road, Grand Island NY 14072

**Stephen Reger-**

**Address:** 1192 River Road Grand Island, NY 14072

**Lawrence Mcgilveary**-

**Address:** 2050 Parker Blvd Tonawanda, NY 14150

**Tammi L Clarke-**

**Address:** 6818 Deer Creek Edwardsville, IL 62025

**Richard Wells-**

**Adress:** 3930 Roberts Drive De Soto, Mo 63020

**Jonathan Sheldon-**

**Address:** 10 Robin Lane, Fenton MO 63026

**Connie Sheldon** (Roberts)-

**Adress:** 2926 Highland House Villas Court, Arnold, MO 63010

**Deborah A. Crady** (Grady)-

**Address:** 13876 Mining Road De Soto MO 63020

**Nicole McDowell** (Donna Miller, Evangeline Cooper, Marylin Parker, Evangeline Ferguson)-

**Address:** 1735 Westover Road, Bonne Terre, MO 63628

**James Russell Miller**-

**Address:**

**Michelle Leconte Dorsainvil**

**Address:** 1320 Banks Road Apt 314 Margate, FL 30063

**Jennifer Cuminale**

**Address:** 23122 Creek Park Drive, Spring tx 77389

**Deborah Paige Sharples**

**Address:** 5834 Williamsburg Landing Dr Williamsburg Virginia 23185

**Michael Dante Sharples**

**Address:** 23655 Landmark School Road Middleburg Virginia 20117

**Hillard W. Paige**

**Address:** 5834 Williamsburg Landing Dr Williamsburg Virginia 23185

**Susan Paige**

**Address:** 4869 Via Andre Newbury Park Ca 91320

**Robert Duvall- Being involved in the murder of my father and fraud of my father's estate.**

**Adress:** 6392 Hazeltop Lane The Plains, Virginia 20198

**Michelle Lamothe**

**Address:** 157 East 74th St New York, NY 10021

**Jean Karoubi**

**Address:** 14 E 69th Street Apt 4R New York, NY 10021

**Peter Burgess**

**Address:** 2 Baldwin Dew CT Sparta NJ 07871

**Kevin Brennan**

**Adress: 333 Fern Street Apt 906, West Palm Beach, FL 33401**

**Jorge Paulo Lehman-**

**Address:**

**Elina Beruff-**

**Address:**

**Jacqueline Kirstein-**

**Address:** 205 East 85th Apt 14B New York, NY 10028

**Gary Alan Kirstein**

**Address:** 8937 Abbey Terrace Rockville Maryland 20854

**Leslie Kirstein**

**Address:** 8937 Abbey Terrace Rockville Maryland 20854

**Cynthia Clarke**

**Address**: 754 Venice Circle Apt 103 Lake Park Florida 33403

**Michael Weinstein**

**Address:** 205 East 85th Street Apt 14B New York NY 10028

**Allen Ramon Gaines**

**Address:** 1032 West 25th Street Riviera Beach Florida 33404

**Jennifer Cox Torrey**

**Address:** 353 Regatta Drive Jupiter FL 33477

**Donald Willets Torrey**

**Addres:** 353 Regatta Drive Jupiter FL 33477

**Teddy Downes**

**Address:** 2995 Suncoast Blend Drive Odessa Florida 33556

**Adress:**  946 Gooden CV, Apt 1, Clarkesdale, MS 38614

**David Butler (Ent Butler)-**

**Adress:** 506 Pine Street, Clarkesdale, MS 38614

**Cathey M Butler (Casey Jean Winter)-**

**Adress:** 510 3rd Street Clarkesdale, MS 38614

**Diane Myles (Butler)** –

**Adress:** 446 PO Box Clarkesdale MS, 38614

**Anthony Myles-**

**Adress:**  2015 Bennett Road, Clarkesdale, MS 38614

**Melissa K. Robertson** (Smith, Holmes, Pitts, Medders)-

**Adress:**  43 Morrison Chapel Road, Cleveland MS, 38732

**John Roberston-**

**Address:** 319 Chrisman Avenue, Cleveland MS, 38732

**Ashley Roberson-**

**Address:** 40 Stanton Road, Cleveland, MS, 38732

**Alexandra Marciniak-**

**Address:**  330 PO BOX Beaver Island MI 49782

**Anne Quinnlan**

**Address:**

**Lydia Morrison-**

**Address:** 3124 18th avenue W Williston ND 58801

**Kenneth Lang-**

**Address:**  230 Triple Tree Road, Bozeman MT, 59715

**Maureen Lang-**

**Address:** 230 Triple Tree Road, Bozeman MT, 59715

**Patrick O'hanlon-**

**Address:** 14 Meyersville Road, Green Village NJ 07935

**Nuala Ohanlon-**

**Address:** 14 Meyersville Road, Green Village NJ 07935

**Kenneth Lassner-**

**Address:** 330 East 39th Street Apt 6B, NY, NY 10016

**Michael Seth Wagner-**

**Address:** 50 Battery Place Apt 7S NY,NY 10280

**Susanne Wagner-**

**Address:** 237 Kings Point Road East Hampton, NY 11937

**Heather and Jordan Bogen**-

**Address:** 170 W End Avenue New York, NY 10023

**Jennifer Kaye Davis-**

**Address:**  542 Lake Avenue Greenwich CT 06830

**Alexander Justin Jones-**

**Address:**  333 Meadowood Mountain Road Lithonia Georgia 30038

**Calvin Washington-**

**Address:**  611 Curry Moreau Road Mansura LA 7135

**Christopher Figura-**

**Address:** 34 Denkers Drive, Ballston Lake New York 12019

**Zachary Davis Powell-**

**Second Nature-**

**Vince Vaughn-**

**Address:**

**Mindpath-**6060 Piedmont Row Charlotte NC 28287

**Bogle Offshore investments-**8787 Brae Acres Road Apt 816, Houston, TX 77074

**Samuel Assefa Bogle**

**J.F. Lehman-** 2001 Jefferson Davis Highway, Arlington, Virginia 22202

Murder of Jack Kent Cooke and laundering of his money. Changing names for financial Transactions

**Donald Glickman-** Murder of Jack Kent Cooke and laundering of his money. Changing names for financial transactions

**John Lehman-** Murder of Jack Kent Cooke and laundering of his money. Changing names for financial transactions

**Baumeister and Samuels Law firm-** 140 Broadway 46TH Floor, New York, NY 10005

Laundering my father's money and being involved in his murder.

**Long & Foster-** 2101 L street NW Washington D.C. 20037

Laundering my father's money and being involved in his murder.

**Gertrude Long-**

**Address:** 5845 Richmond Highway, Alexandria, Virginia, 22303

**Others**

**Tony Allen Foster-**

**Address:** 18597 Brick Church Road, Orange, Virginia, 22960

**Allen Foster-**

**Address:**

**Trudy Marlene Long-**

**Address:** 1625 Big Horn Avenue Apt c7 Cody WY 82414

**Robert Lee Stearhns-**

**Adress:** 1501 3rd street Neptune Beach, Florida, 32266

**Stephen Paul Levin**

**Address:** 11 Rosehill Road Briarcliff Manor New York, NY

**Robert M Cavander**

**Address:** 201 Devine Road San Antonio Texas 78212

**Allison Patton Cavander**

**Address:** 707 Corona Avenue San Antonio TX 78209

**Stuart Cavander**

**Address:** 707 Corona Avenue San Antonio TX 78209

**Michael Jake Goldberg**

**Address:** 184 E 7th Street, Apt 1, New York Ny 10009

**Michael Ojunga**

**Address:** 4 Church Lane Wilbraham, MA 0195

**Lizzie Grubman-**

**Addres:** 200 East 61st Street New York, NY 10065

**Diane Strauss-**

**Adress:** 66226 Mount Olivett Road, Barnesville Ohio 43713

**Jennifer Cumminale**

**Adress:** 155 East 72nd Street Apt 3D New York, NY 10021

**Jamieson Russell-**

**Address:** 480 Central Park West, 6D, New York, NY 10025

**Marlene F Martin**

**Address:** 4252 Birdella Drive Williamsburg Virginia 23188

Kenan Reilly

Address:

**Donald Jones-**

**Adress:** 6343 French Road, Apena MI 497907

**Belinda Elizabeth Jones** (Matthews)-

**Adress:**  5370 Highway 20, Lot 73, Loganville, GA 30052

**Tara Marin Mcdaniels**

**Address:** 3550 W 38th Street Apt 421 Denver CO 80211

**Robert John Mcdaniels**

**Address:** 221 Dogwood Drive Wilmington NC 28403

**Kenneth Verl Matthews-**

**Address:** 5370 Highway 20, Lot 73, Loganville, GA 30052

**Handan Mustedanagic-**

**Address:** 548 Village Run, Lawrencville, GA 30046

**Jorge Paulo Lehman**

**David Thompson**

**Alan and Gerald Wertheimer**

**Michael Dell**

**Shedlon Adelson**

**Charles Koch**

**Constance Cole Stringer-**

**Address:** 10341 N Range Line Road Mequon, WI 53092

**Merrill Stringer** (Connie Stringer)-

**Address:** 935 1st Street Long Beach, California 90802

**Sarah Hawkins** (Sarah Love Fegebush)-

**Address:** 168 Rough Creek Road, Mountain Home, TX 78058

**Chase Conner-** 2124 Cannes Drive, Carrollton, TX 75006

**Christine Conner-**

**Address:** 89 S Cabernet CT, Burr Ridge, IL 60527

**Stephanie Marie Connnor-**

**Address:** 1655 Franklin Blvd Eugene, OR 97403

**Thomas Clayton Connor-**

**Address:** 1655 Franklin Blvd Eugene, OR 97403

**Christopher Bauch**-

**Address:** 168 Rough Creek Road, Mountain Home, Texas, 78058

**Tonya Brady**-

**Address:** 2215 Plum Lane, apt 227, Arlington,TX, 76010

**Bill Brady-**

**Address:** 3820 Erath Street, Fort Worth, TX 76119

**Ursula Strauss-**

**Address:** 175 W 87th Street , Apt 4J, New York, NY 10024

**Creed Cannon-**

**Donald Edward Kelly**

**Address:** 6 Elm crest Drive

**Clifford Dean Johnson**

**Address:** 114 Lakeview Drive Stockbridge GA, 30281

**Nell Johnson-** (Stephanie Johnson, Wright)

**Adress:**  316 Bethany Road Simpsonville, SC 29681

**Carrie Phillips-**

**Address:** 870 Hardeman Farm Road, Carnesville, GA 30521

**William Vogel-**

**Address:** 567 PO Box Zillah, WA 98953

**Eleanor Vogel**

**Address:**

**Elizabeth Marie Vogel-**

**Address:** 655 Alder Street, Edmonds, WA 98020

**Lindsay Winter-**

**Address:**

**Katherine Carmichael**

**Address:**

**Thomas Loutrel-**

**Address:** 1338 Tidal Creek CV Charleston, SC 29412

**Jane Loutrel-**

**Address:** 4406 Chesapeake Ave, Hampton Virginia 23669

**Tyler Winthrop Moore-**

**Address:** 4406 Chesapeake Ave, Hampton Virginia 23669

**Stanley Winthrop Moore-**

**Address:** PO Box 296, Osterville MA 02655

**Peter Hanson-**

**Address:** 44 Khakum Wood Drive Greenwich CT 06831

**John Byron Bowden-**

**Address:** 1126 Bright CT Charleston, SC 29412

**Tulio Enrique Garcia-**

**Address:**

**Paula Garcia-**

**Addres:**

**Maria Fernandez Garcia-**

**Addres:**

**Sarah Margaret Sloane-**

**Address:** 33073 Elk Ridge Trl Trinidad CO 81082

**John Mansergh Sloan-**

**Addres:** 900 Spring Park Street Apt 304 Kissimmee Fl 34747

**Jane Corliss Sloane-**

**Address:** 900 Spring Park Street Apt 304 Kissimmee Fl 34747

**Grace Elsie Sloan-**

**Address:**

**Allison Pace-**

**Address:** 211 East 70th Street Apt 28C New York NY 10021

**Chase Conner**

**Melonye Cleveland**

**Toby Woods**

**William J Tenet**

**Address:** 177 Rockcrest Road Manhasset NY 11030

**Michelle Manetta Kazmier**

**Address:** 5 Wharton Road San Diego CA 92140

**Mark Barry Rosen**

**Address:** 123 Barton Road White Plains NY 10605

**Dolores Malaspina Rosen-**

**Adress:** 123 Barton Road White Plains NY 10605

**Jared Rosen**

**Address:**

**Jay Goldberg Jr.**

**Address:** 521 23rd Street New York, NY 100011

**John Warner Jr.-** Laundering my father's money through homes, title loans and banks.

**Address:** 1950 SW Palm City Stuart FL, 34994

**Maureen Rose Woodward-**

**Address:** 421 PO Box Shelter Island, NY 11964

**Orator Ernest Woodward-**

**Address:** 421 PO Box Shelter Island, NY 11964

**Sissy Allen Walker-**

**Address:** 1146 Turtle Creek Drive S, Jacksonville, FL 32218

**Corey Mann**-

**Adress:** 2934 Begonia Road Jacksonville, Fl 32209

**Kathy M Nickleson**

**Kathy Hilton (Corrillo)-**

**Adress:** 5051 Green Blvd, Naples, FL 34116

**Dan Siemer Mroz-**

**Address:** 281 Daniel Island Dr, Daniel Island, SC 29492

**Sander Siemer Mroz-**

**Address: 140 Andrew Circle Peletier, NC 28584**

**Robert Joseph Mroz**

**Address:** 140 Andrew Circle Peletier, NC 28584

**Natalie Jaroski**

**Address:** 5949 Newgate Lane Plano, TX 75093

**Edward Leonard Jaroski**

**Address:** 9406 Campbell Road Apt B, Houston, TX 77080

**Julie Ann Martin**

**Adress:** 927 S Marshall St Front Royal Virginia 22630

**Leticia Nickel Jaroski**

**Address: 5421 Larkin Street Houston, Texas 77007**

**Victoria Glickman Hodgkins**

**Address:** 6080 Mountain Ranch Drive, Park City, Utah 84098

**John David Hodgkins**

**Address**: 76 Ross Road, Old Orchard Beach, ME 04064

**Conrad Hilton-**

**Adress:** 7855 Fulton Avenue North Hollywood, Ca 91605

**Joe Gibbs**

**Hillary Hawthorne**

Address: 121 Rivington Street #12 New York NY 10002

**Jordan Nystrom**

**Address:** 103 Tyon Ct Woodside CA 94062

**Julia Wetherell**

**Address:** 5021 PO Box Edgartown MA 02539

**Deister Zummer**

**Address:** 596 Glenbrook Road Apt 28 Stamford, CT 06906

**Nancy Traynor**

**Address:**

**Theresa Traynor**

**Address:**

**James Tanner**

**Address:** 705 Fairview Road, Swarthmore PA 19081

**Roger Kahn**

**Address:** 1520 S Beverly Glen Blvd Los Angeles CA 90024

**Therese Kahn**

**Address:** 120 East 87th Street P4-A New York, NY 10128

**Amanda Kahn**

**Address:** 120 87th street apt R81 New York, NY 10128

**Ali Kahn**

**Address:** 132 Circle Drive S East Patchogue, NY 11772

**Rebecca Conway Regan**

**Clement Russell-**

**Address:** 502 Main Street, Action, MA 01720

**Catherine Russell**

**Address:** 502 Main Street, Action, MA 01720

**Kyle Christopher Craft**

**Address:** 200 Bayfront Drive Mt Pleasant, SC 29464

**Diego Fernando Romero**

**Address:** 1369 White Hall Place Gastonia NC 28056

**Clement Ford Russell**

**Address:** 68 Windsor Avenue Action, MA 01720

**Anne De La Mothe Karoubi**

**Address:** 250 73RD Street Apt 3B New York NY 10021

**Ben Glover**

**Address:** 436 Graham Avenue Apt 1, Brooklyn NY 11211

**Raymond David Glover**

**Address:** 5507 Weywood Drive Reisterstown Maryland, 21136

**Christian Russell**

**Address**: 298 Bleeker Street Apt 1 New York, NY 10014

**Emmett Burke**

**Address:** 298 Bleeker Street, New York, NY 10014

**Heather Lynn Sherman**

**Address:** 2073 Majestic Canonsburg PA, 15317

**Tata Michelle King-Brown**

**Address:** 912 Porter NE CT Washington D.C. 20019

**Sakira Coleman**

**Address:** 912 Porter NE CT, Washington D.C. 20019

**Sharon Elizabeth Coleman**

**Address:** 6503 Lighthouse Way, Dallas, TX 75249

**Karen Diane Dolan**

**Address:** 20328 24th Avenue NE Shoreline WA 98155

**Tyler Coleman-**

**Address:** 510 S Amantha Avenue Compton CA 90220

**Gertrude Long Jr-**

**Adress:** 8655 Newman Lake Drive MacClenny, Florida 32063

**Sheila Overstreet**

**Adress:** 2901 Ohio Street Paducah, KY 42003

**Donald Overstreet**

**Adress:** 2337 Jefferson Street Paducah, KY 42001

**Address:**

**Maria Janelle Lambert-**

**Address:**

**Address:** 1327 Royal Oak Drive Desoto Texas, 75115

**Jose Gomez**

**Address:**

**Jacob and Jamaica Hernandez**-

**Address:** 438 12th street Casper WY 82601

**Beverly and Christopher Hess-**

**Address:** 2918 Edinburg CT Lexington KY 40517 25 Helme Avenue Miller Place NY

11764

**Salvador Hernandez-**

**Address:** 5767 W Emmeline Drive Herriman Utah 84096

**Shirley Poppas-**

**Stephanie Dense Young**

**Address:** 243 Overlook road PoughKeepsie, NY 12603

**Regina Little Marrow**

**Address: 42 Caroline Avenue Yonkers, NY 10705**

**Mike Rowe**

**Address: 8051 Lakepointe Drive Plantation Florida 33322**


**Robert Reed-**

**Adress:**

**Sidney Hughes**

**Address:**

**Andrew Green**

**Adress:** 1807 Eagle Rock Lane Frederick Maryland 21702

**Adress:** 4396 Windjammer Lane Fort Myers FL 33919

**David Allen Hoffman**

**Address:** 10469 Newbury NW Avenue Uniontown OH 44685

**Jonathan Mcelwain**

**Address:** 75 Andrew Chapel Road Stafford Virginia 22554

**Joseph Suzette Rowe**

**Address:** 10116 Florence Ridge Drive Clermont Florida 34711

**Joseph Rowe**

**Address:** 10804 NE Highway 99, Unit 59 Vancouver WA 98686

**Lizzie Bray**

**Taide Quinn-**

**Address:**  28 Revere CT Montville, NJ 07045

**Brittany Martin-**

**Address:** 2410 Palisade Avenue apt 2 Weehawken NJ 07086

**Julie L Truppi-**

**Michael Douglas**

**Catherine Zeta Jones**

**Julia Chaquero-**

**Bliss Maginnis-**

**Address:** 1449 Bel Air Road Los Angeles CA 90007

**Holiday Magininis-**

**Address:** 1440 Bel Air Road Los Angeles CA 90007

**Chuck Magininis-**

**Address:** 1440 Bel Air Road Los Angeles CA 90007

**Kenneth Carlson**

**Address:** 204 Bayview Street Camden Maine 04843

**Bess Chapman**

**Address:** 3714 US Highway 264 E Greenville NC 27834

**James Edward Dodson**

**Address:** 2501 Clay Street Paducah KY 42001

**Dorothy Dodson**

**Adress:** 2501 Clay Street Paducah KY 42001

**James Daryl Dodson (Connelly)**

**Adress:** 6516 PO Box ST Thomas Island, VI 00804

**Patricia Anne Willingham**

**Address:**

**Vascuso Marquis Cleary-**

**Address:** 6115 Louisville Avenue Pensacola Florida 32526

**Annabel Fay-**

**Adress: New Zealand**

**David Koch**

**Larry Page-**


**Sergey Bin-**


**Larry Ellison-**


**The Mars Family**

**Paul Allen**

**Maria George Schaeffer**


**Bradley Phillip Clarke-**

**Address:** 6818 Deer Creek Edwardsville, IL 62025

Laundering my dad's money through homes and companies. Signing an illegal contract in regard to me in return for money


**Carlbrook-**


**Elizabeth Gilpin-** Laundering my dad's money through homes and companies. Signing an illegal contract regarding me in return for money. Getting me roofed in order to blackmail me. Blatant lies in regards to a book to profit off of it in which her family owned the school. Was paid by John Kent Cooke and Thomas Kent Cooke over 5 million involving a surgery I had. I want to know what they did and she did as well.

**Gladys C Maginnis**-

**Address:** 1440 Bel Air Road Los Angeles CA 90007

**Hector Garcia-** 2500 81st Avenue Miami FL 33155

**Maria Isabel Garcia**-

**Address:** 2500 81st Avenue Miami FL 33155

**Mark Peterson-**

**Address:** 612 S Barrington Avenue Apt 217 Los Angeles CA 90049

**Lauren Peterson-**

**Address:** 5536 Duran Drive Downers Grove IL,  60515

**Maribel Alvarez-**

**Address:** 4713 7TH Avenue Apt 205 Miami FL, 33126

**Maria Valdes-**

**Address:** 7045 173rd drive apt 306 Hileah FL 33015

**Claudia Garcia-**

**Address:** 11350 147th street Miami FL, 33176

**Grace Jacobson-**

**Address:** 3 Electra Circle, The Woodlands TX, 77382

**Michael Strahan-**

**Adress:** 426 S 6700 W Ogden Utah 84404

**Michael Bloomberg-**

**Adress:** 55 East Mall Drive Melville NY 11747

**David Thompson-**

**Adress:** 5549 PO Box Granbury TX 76049

**Robert Arthur Gates-**

**Adress:** 670 PO Box Edgewood NM  87015

**Janice Gates-**

**Adress:** 670 PO Box Edgewood NM  87015

**Alice H Brody-**

**Adress:** 275 W 96TH Street Apt 29A New York, NY 10025

**Allison N. Kraver-**

**Address**: 622 Pelhams Reach Dr Culpepper VA 22701

**Eugune Thompson Ballantine-**

**Address:** 1311 N Damen Avenue Apt 1 Chicago IL 60622

**Hoda Ballantine-**

**Address:** 6434 83rd Place Cabin John Maryland 20818

**Percy Ballantine-**

**Address:** PO Box 300 Graham NH 03753

**Sara Ballantine-**

**Address:** PO Box 300 Graham NH 03753

**Sara Griffin Ballantine-**

**Address:** 6 Greene Street Lebanon NH 03766

**Stephanie C Singer-**

**Address: 1575 S Federal Highway Boyton Beach FL, 33435**

**John "Hubbard" Lansing-**

**Address:** 437 Lombard Street, San Francisco, CA 94133

**Winnie Lee Howard**

**Address:** 10 Highland Avenue Apt 3B Lebanon OH 45036

**Michael Ojunga**

**Address:**

**Byran Scott Winkle-**

**Address:** 6 Wolf Trail Court- Defiance MO 63341

**Helen B. Hartley-**

**Address:** 374 PO Box, Philidelphia, MS 39250

**Katherine Pickett Vogel-**

**Adress:** 1475 Benton Blvd, Apt 727, Savanah, GA, 31407

**Roxanne Marie Taylor** (Patricia Fay)-

**Address:** 4324 Rivera CT, Spring Hill FL 34608

**Glen Rudolph Baumgart-**

**Adress:** 710 Sable Street, Alpena MI 49707

**Becky Baumgart-**

**Address:** 710 Sable Street, Alpena MI 49707

**Gail Jones-**

**Address:** 6343 French Road, Apena MI 497907

**Phyliss Louise Thompson-**

**Address:** 11202 2nd Lane SW APT101, Seattle WA, 98146

**Barbara Ives**

**Address:** 14 Yonder Way Lakeville CT 06039

**Alfred J Marr Thompson-**

**Frederica Tompkins-**

**Address:**  2126 PO Box New York, NY 10021


**Jarrod Tompkins-**

**Address:** 2 Arthur Avenue Hudson, NY 12534


**Beverly Tompkins-**

**Address:** 407 Elliot Road, East Greenbush, NY 12061


**Ralph Tomkins-**

**Address:** 407 Elliot Road, East Greenbush, NY 12061


**David Dunham-**

**Address:** 13103 Coastal Circle, West Palm Beach FL, 33410


**Bethany Benjamin-**

**Address:** 3287 S Lafayette Street, Englewood, CO 80113


**Marlene Benjamin**

**Address:** 8 Coatsbridge Drive Marlton New Jersey 08053


**Lynn Goodall**

**Valerie Ireland-**

**Address:** 90 Elm Street South Hampton NY 1968

**Meghan Humiston**

**Address:** PO Box 312 Wright WY 82732

**Alexis Humiston-**

**Address:** 127 Ashbury Street, San Fransico CA, 94117 Provo Utah 84604

**Sally Marie Wolfe**

**Address:** P.O. Box 157 East Carbon Utah 84520

**Susan Mcclellan**

**Adress:** 1200 N Terrace Drive Apt 117

**Tamara Lee Stone**

**Address:** 947 S 600 W Provo UT 84601

**Ruben Fern Rodriguez**

**Address:** 425 S 600 W Provo Utah 84601

**Address:** 15 Lloyd Road, Norwalk CT 06850

**Stan B Adler**

**Address: 50 Rosehill Avenue, New Rochelle Ny 10804**

**Ira Hughley**

**Address:** 1401 N Hairston Road, Apt 20T, Stone Mountain, GA 30083

**Ira George Hughley**

**Address:** 3413 Longleaf Drive Decatur, GA 30032

**Tuwanna Shenille Gibbs**

**Address:** 3395 Beech Drive Decarthur, GA 30032

**Tory Banks**

**Address:** 3471 Longleaf Drive Decarthur, GA 30032

**Jed Katz**

**Address:** 1600 Parker Avenue Apt 15D Fort Lee, NJ 07024

**Address:** 9178 S Wild Berry Way Franklin WI 53132

**Jay L Lassner-**

**Address:** 13837 Le Havre Drive, Palm Beach FL 33410

**Address:** 229 North 4TH Street Danville KY 40422

**Lauren Carey**-

**Address:** 1930 N Vermont Avenue Apt 303, Los Angeles CA 90027

**Camille Amanda Davis-** 119 East 82nd Street, Apt 2, New York, NY 10024

**Jeff Scott Davis-** 50 Joels Lane Sag Harbor NY 11963

76 Spencer Drive Short Hills, NJ 07078

**David Worth Wagner-**

**Address:** 3961 Cap Pointe Circ Jupiter FL 33477

**LD Davis-**

**Address:** 5517 Edna Ave Apt 2, Baltimore MD 21214

**Melissa Ann Eggleston**

**Address:** 1908 E Labradador Blvd, Apt 1, Garden City, KS 67846

**Erica Avitable**

**Jason L Schafer-**

**Address:** 743 Valley Forge Avenue Lawerence Township NJ 08648


**Tara Schafer-**

**Address:** 601 Park Street Apt 1N Bordentown NJ, 08505,

**Jacqueline Kuhns-**

**Address:** 502 Washington Crossing Titusville NJ 08560

**Joshua Kuhns-**

**Address:** 502 Wash Crossing Penn Road Titusville NJ, 08560

**Nicholas L Rugoff-**

**Address:** 114 East 13th Street Apt 8C New York, NY 1003

**Brooke Danielson**

**Address:**

**Hilary Danielson:**

**Address:**

**Ralph Campbell Rugoff-**

**Address:** 1006 Cragmont Avenue Berkley CA 94708

**Sebastian Bland-**

**Address:** 55 East 72nd Street Apt 12N New York, NY 10021

**Gerald Bland**

**Address:** 245 Conklin Hill Road, Stanfordville NY 12581

**Jennifer Pickett (Jones)-**

**Address:** 6343 French Road, Apena MI 497907

**Claudia Rodriguez-**

**Address:** 11350 147th street Miami FL, 33176

**Maryann Taylor Twitty Wilson**

**Address:** 26 W 27TH Street Apt 50, New York, NY 10001

**Susan Ann Wilson**

**Address:** 5640 Southern Hills Drive Frisco Texas 75034

**CC Coubaugh**

**Address:**

**Thomas Blake Wilson**

**Address:** 10552 Bear Creak Trail Fort Worth, TX 76244

Charlie Andrew Wilson

**Addres:** 4421 82nd Street Apt 128 Lubbock TX 79724

**Jennifer Mccoy-**

**Yvegeny**

**Zach King – and Parents**

**Cameran Buchanan- And parents**

**Elliot Bowles**

**Alistair Cook-and Parents**

**The Washington Post- CT Corporation-** Laundering my father's money and publishing false information to the public

**Address:** 1301 K Street NW Washington D.C. 20071

**Christopher Schroeder (Director)**

**Diana M. Daniels (Director)**

**John F. Hockenberry-**

**Daniel J Lynch-**

**James W. Keller Taylor Shapiro**

**Carmen Hernandez-**

**Address:** 1610 Adams Street- Hollywood Florida 33020

**Edwin Bruno-**

**Address:** 1518 Lakeview Blvd Hartesville SC 29550

**Janet LG Bruno-**

**Address:** 6800 22n CT Miramar, FL 33023

**Diane Sawyer**

**Address:** 3135 Pineview Drive Powhatan Virginia 23139

**Emma Greenberg-**

**Address:** 257 17th street New York, NY 10011

**Leland Joseph Greenberg-**

**Address:** 651 Butter Lane Bridgehampton, NY 11932

**Daniel Hilton**

**Address:** 111 Yorkshire Street Nixa MO 65714

**Lisa Schiffter Greenberg-**

**Address:** 800 5TH Avenue Apt 31B New York, NY 10065

**David Schiffman-**

**Address:** 31 Surrey Ct, East Hampton NY 11937

**Anita Green-**

**Address:** 10 W 15TH Street Apt 203, New York, NY  10001


**Taylor Twitty:**

**Address:**


**Bruce J. Crowley-**

**Address:** 100 31st Street Apt 14J NY, NY 10001


**Austin Finan**-

**Address:** 210 East 6th Street #2D New York, NY 10003


**Kelsey Breining Garcia (Bailey)-**

**Address:** 680 Lake Shadow Drive Lavon TX 75166


**Mark Garcia-**

**Address:** 680 Lake Shadow Drive Lavon TX 75166


**James William Ireland**-

**Address:**  90 Elm Street South Hampton NY 1968


**David Coffin-**

**Adress:**

**Bernice Ohanlon-**

**Address:** 700 Northcliff Drive Raliegh NC, 27609

**Brendan Ohanlan-**

**Address:** 25 Helme Avenue Miller Place NY 11764

**Jennifer Ohanlan-**

**Address:** 25 Helme Avenue Miller Place NY 11764

**Dermot Gerard Ohanlan**-

**Address:** 177 Bowdock

**Ann Ohlanan-**

**Address:**

**Address:** 388 Millers Place Road Miller Place Ny, 11764

**Susanna Quinn**-

**Address:** 14 Meyersville Road, Green Village NJ 07935

**Peter Quinn-**

**Address:** 14 Meyersville Road, Green Village NJ 07935

**Adress:** 201 70th Street Apt 24H New York NY 10023

**Hector Becil-**

**Adress:** 11600 SW 97th Street Miami Florida 33176

**Carlos Becil-**

**Adress:** 50 W 77th Street New York NY 10024

**Frank Anthony Pizzo-**

**Adress:** 1724 Stockton Street Saint Helena CA 94574

**Alexis Banks Humiston-**

**Address:** 127 Ashbury Street San Francisco Ca 94117

**Gary Clarke**

**Address:** 1013 S 900 E, Salt Lake City, Utah 84105

**James Ireland-**

**Adress:** 306 Green Needles CT, Apt C, Charlotte, NC 28217

**Barrack Obama-**

**Adress:** 1305 S Date Avenue Alhambra, CA 91803

**Earl Gene Osawalt-**

**Address:** 118 Brukner Kiker Road, Merigold, MS 38759


**Becky Osawalt**-

**Address:** 18 Brukner Kiker Road, Merigold, MS 38759


**Anita L. Grant-**

**Address:**  107 Kinney Street Hammond, LA 70401


**Cameran (Eubanks) Wimberly-**

**Address:**  4409 Stoney Poynt CT, North Charleston, SC  29405


**Christopher Wimberly-**

**Address:** 136 Linwood Lane Summerville, SC 29483


**Jessica Navarro Munoz**-


**Address:** 1900 Mill Street, Apt 12 Anderson, CA 96007


**Carmen Navarro Munoz-**

**Address:** 1900 Mill Street, Apt 15 Anderson, CA 96007


**Colin Robert Powell-**

**Donald Trump-**

**Address:** 4206 Oak Cliffe Road Greensboro, NC 27406

**Marcia Harvey-**

**Address:** 9749 Loop Blvd. Apt B, California City, CA 93505

**Brandon Meisner-**

**Address:** 1681 Harrison Street Apt 8, Neenah WI 94956

**Jonathan Kenneth Riser**

**Address: 667 West 650 North Clearfield Utah 84015**

**Theodore Cleary**

**Adress:** 45 5th Avenue, Apt 14C, New York, NY 10003

**Keenan Reilly**

**Adress:**

**Alexa Chapman**

**Adress:**

**Christina Chapman**

**Adress:**

**Christina M. Murphy**

**Adress: 1950 Thomas Street Marion LA 71260**

**Courtney M Lee**

**Adress: 8540 Harts Road Yulee FL, 32097**

- **All students and parents at Carlbrook, Hill School, Foxcroft, certain people at Episcopal, Southern Methodist University when I attended, \*Specific parties at Little Kids school, Marymount in NYC and Bel Air\**

**Bill Clinton**

**Hilary Clinton**

Premeditated murder and laundering my father's money

**Adress: 5 Pheasant Ridge Circle Henderson NV 89014**

**George Bush Sr. – Torture of my father and murder to launder his money.**

**(Deceased)**

**George Bush Jr. -** Laundering my father's money.

**Adress: 908 Rivera Dr Cedar Park, TX 78613**

**Deborah Sigmund-**

Address:

**Lawyers Title Loans- \***

**Marlene Associates**

**Christopher Lawrence Royan**- Laundering money through Marlene and cox law firm

from my fathers money.

**Address:**


**Douglas K. Baumgardner-**

**Adress:**

**Timothy Michael Dowling-**

**Adress: 655 Keolu Drive Kailua, HI 96734**


**Robert C. Fitzgerald-**

**Adress:**


**Myron C. Smith**

**Adress:**


**Juan Chardiet-**

**Adress:**


**Thomas Elliot**

**James Tate-**

**Address:**

**Helen McCarthy-**

**Address:** 205 Pennswoods Road Brynn Mawr, PA, 19010

**William Randall Lucus-**

**Address:**  6829 Woodland Drive, Dallas Texas 75225

**Valerie P Lucas-**

**Address:**  P.O. Box 600491 Dallas Texas 75360

**Weldon Lucas** –

**Address:** 3006 Primose Avenue Fort Worth Texas 76111

**Sara E. Saunders (Aneka Lilya)** -

**Address:** 16237 El Camino Real, Apt 5204 San Diego, CA 92130

**Kevin Lehman- (Kevin Bush)-**

**Address:**  200 Sunset View Drive, Apt D, Fenton, MO 63026

**Lisa Lehman- (Sprouselman)**

**Address:** 3930 Roberts Drive De Soto, Mo 63020

**William Harris**

**Address:** 30 Washington Heights Road Salsbury CT 06068

**Shirley Skinner King**

**Address:** 406 Vine Street Greenfield TN 38230

**Chelsie Renee Lehman (King)-**

**Address:**  3930 Roberts Drive De Soto, Mo 63020

**Zach King-**

Address: 120115 Po Box Tyler TX 75712

**Richard Thomas**

**Address:**

**Edward Michael Parker**

**Address:** 104 S Angel Light Drive Spicewood TX 78669

**Oliver Estreich**

**Address:** 162 5th Avenue suite 1001, New York, NY 100010

T W TE Robertson

2400 Virginia NW Avenue Washington D.C. 200037


**Darryl Turner (Felicia)-**

**Adress:** 15420 Crimson Street Fontana, CA 92336


**Melanie Morrison Turner-**

**Adress:** 1171 Oriole SW Drive Atlanta GA 30311


**Reginald Kinnard-**

**Adress:** 7123 Pinney Meadow CT, Houston TX 77041


**Cynthia Denise Kinnard-**

**Adress:** 7123 Pinney Meadow CT, Houston TX 77041


**Novant Health**- 8320 Old Courthouse Road, Vienna, Virginia

## Others

**Matthew Haberkorn-** Dislocating and disforming my finger for life and laundering my father's money.

**Address:** 10 Valley Road Atherton, CA 94027


**Kathryn Richards Geller-**

**Adress:** 7315 Oakwood Avenue Los Angels Ca 90036


**Hailey Feldman-**

**Adress:** 312 23rd Street Unit 411 West Palm Beach FL, 33407


**Elizabeth Feldman-**

**Adress:** 351 Mill River Road Oyster Bay NY, 11771


**Lawrence Feldman-**

**Adress:** 928 Hemingway Circle Tampa FL,

33602

**Rosalie Feldman-**

**Adress:** 928 Hemingway Circle Tampa FL,

33602


**Brooke Barbour Monahan**

**Address:** 400 N Flagler Drive Apt 1805 West Palm Beach FL 33401

**Sharon Monahan**

**Address:** 400 N Flagler Drive Apt 1805 West Palm Beach FL 33401

**Robert Monahan**

**Address: 400** N Flagler Drive Apt 1805 West Palm Beach FL 33401

**Karen Mae Simonian**

**Address:** 214 Noank Road Mystic CT 06355

**Richard Simonian**

**Address:** 32 Elm Street Worcester MA 01609

**Phillip David (Anthony) Gauche-**

**Adress:** 1785 Alkire MDW Columbus OH 43228

**Rhonda Jean Weaver-**

**Adress:** 7015 Highland TRL W Hillsboro Ohio 45133

**Sean Johnston-**

**Adress:** 258 Union Street Apt 4 Brooklyn NY 11231

**Samantha Starr Pebley-**

**Adress:** 290 Olive Avenue Apt 608 West Palm Beach FL 33401

**Benjamin Thomas-**

**Adress:** 161 Ludlow Street Apt 2, New York, NY 10002

**Kara Rosen-**

**Adress:** 37 Wall Street Apt 14H, New York, NY 10005

**Mark P Ransfield-**

**Adress:** 236 Mennella Road, Poughquag, NY 12570

**Toni Ransfield-**

**Adress:** 3409 Idle Hr Drive Phenix City Al 36867

**Rebecca Clarke-**

**Adress:** 952 Day Lake Drive, Midland Georgia, 31820

**Nicholas Harris Hemmerly-**

**Adress:** 247 Labranche Road Hillsdale NY 12529

**Terrence Burke-**

**Adress:** 540 Saint Davids Avenue, Saint Davids, PA 19087

**Sarah Burke-**

**Address:** 540 Saint Davids Avenue, Saint Davids, PA 19087

**Amy Hertenstein-**

**Address:**

**Chris Smajador-**

**Address:**

**Jordan Peagler**

**Address:** 402 Hammocks VW Savannah Georgia 31410

**Joe Donald Morgan**

**Address:** 12 Avenue of Pines Savannah Georgia 31406

**Arthur Heins Peagler**

**Address**: 40 Richmond Drive Savannah Georgia 31406

**Michael Richardson**

**Address:** 5818 N Glenwood Avenue Apt 1 Chicago IL 60660

**Mary Kain Cavanagh**

**Address:** 403 S I Oka Ave Mount Prospect IL 60056

**Thomas Cavanagh**

**Address:** 5834 N Glenwood Avenue Chicago IL 60660

**Molly Campbell-**

**Address:** 68 Jennings Avenue South Hampton, New York 11968

**Rob Campbell-**

**Address:** 68 Jennings Avenue South Hampton, New York 11968

**Adress:**

**David Sussman-**

**Adress:**

**Larry King Sr.**

**Address: Deceased**

**Isabel Anderson (Salazar)-**

**Adress:** 20708 Rumsey Springs Drive Porter TX 77365

**Maria Anderson (Salazar)-**

**Address:**

**Armando Salazar-**

**Adress:** 15420 Crimson Street Fontana Ca, 92336

**Bryson Anderson-**

**Adress:** 20708 Rumsey Springs Drive Porter TX 77365

**Gail Green**

**Address:** 110 59th Street fl 6 New York NY 10022

**Patricia Ann Green**

**Address:** PO Box 120115 Tyler Tx 75712

Lee Ann Green

**Benjamin Pearson**

**Address:** 845 S Belmont Avenue Arlington Heights Il 6005

**David Coffin-**

**Adress:** 12750 75th Street Bronson, FL 32621

**John Guy Coffin-**

**Adress:** PO Box 430538 Big Pine Key FL, 33043

**David James Brown-**

**Adress:** 16390 NE 51ST Street Williston, FL 32696

**Kristen Marie Brown-**

**Adress:** 12750 NE 75TH Street, Bronson Fl 32621

**Reginald Johnson-**

**Adress:** 723 Yale Avenue Baltimore Maryland 21229

**Paige Christina Johnson-**

**Adress:** 3573 Zulla Road, The Plains Virginia 20198

**Nancy White**

Address: 2276 Saints Within Lane, Melbourne FL, 32935

**Mia Glickman-**

**Address:** 2224 Crenshaw Road, Marshall, Virginia 20118

**Donald Glickman-**

**Address:** 2224 Crenshaw Road, Marshall, Virginia 20118

**Brooke Monahan-**

**Address:**

**Kelly Hathaway Monahan**

**Address**: P.O. Box 707 Siasconset MA 02564

**JL Todd**

**Addres: 136 Old Mill Road Todd, NC 28684**

**Nell Diamond-**

**Address:** 520 White Plains Road Fl 3, Tarrytown, NY 10591

**John Stephen Swift**

**Address:**5850 Witteville Drive Poteau OK, 74953

**Roberta Elizabeth Brown**

**Address:** 600 Graham Avenue Apt 1 Cuyahoga Falls, OH 44221

**Tahseen D Brown Swift**

**Address:** 1618 Delba Street Akron Ohio 44307

**Eric Shane Carr**

**Address:** 2525 W Freeway In Phoenix Arizona 85021

**John Wynn**

**Address**: 360 E Crosier Stret Akron Ohio 44311

**Robert Edward Diamond**

**Address:** 520 White Plains Road Fl 3, Tarrytown, NY 10591

**Robert Allen Diamond**

**Address:** 101 Baylee Circle Galivants Ferry SC 29544

**Martha A Diamond**

**Address:** 101 Baylee Circle Galivants Ferry SC 29544

**Stephanie Singer-**

**Adress:** PO Box 61 George Mills NH 03751

**Ian Geller**-

**Adress:** 1700 Meridian Avenue Apt 301 Miami Beach FL 33139

**J Richards-**

**Adress:** 250 West 104th Street New York, NY 10025

**James Early Richards-**

**Adress:** 1050 North Mills Avenue APT 846 Claremont Ca 91711

**Janice Richards-**

**Adress:** 41 Frontier Road, Cos Cob CT 06807

**Catherine Schott-**

**Address:**

**Chloe Labranche**

**Address:** 130 PO Box Cold Spring Harbor NY 11724


**Elizabeth Hoffman-**

**Address:** 2818 Deborah Ann Drive, Arnold MO 63010

**Donna Miller-**

**Address:** 4280 Fountain City Road, De Soto, MO 63020

**Rachel Conant-**

**Address: 13011 Whisper Xing San Antonio, TX 78252**

**Michael B Conant**

**Adress: 5405 3200 W Roy Utah 84067**

**Jeannette Conant**

**Address: 5405 3200 W Roy Utah 84067**

**David Conway**

**Address:** 265 Sheehan Avenue Cincinnati, OH 45216

**Carol Conway**

**Address:** P.O. Box 2967 Wendover NV 89883

**Adelaide Harris**

**Address:** 30 Washington Heights Road, Salisbury CT 06068

**Pamela Harris**

**Address:** 127 Walden Road New Bern NC 28562

**Cecilia Mcmullen**

**Adress:** 5535 Anaconda Avenue Mentor, Ohio 44060

**Elizabeth Armstrong**

**Address:** 106 Locust Avenue Carlisle KY 40311

**Russell Kramer-**

**Address:** 13017 Kimberly Lane De Soto, MO 63020

**Address:** 15529 Kernvale Avenue Moorpark CA 93021

**Genna Powell-**

**Address:** 605 Hampshire Road apt 427 Westlake Village, CA 91361

**Jeff Beam-**

**Address:** 118 Marquita San Clemente CA, 92672

**Soledad Ursua-**

**Address:** 129 Brooks Avenue, Venice, CA 90291

**Gloria J Romero Living –**

**Address:** 4313 Raynol Street Los Angels, CA 90032

**Reyes Odeleon**-

**Address:**  1235 Prospero Drive, Covina, CA 91722

**Matt Nordgren**-

**Address:** 28 Cheltenham Way Dallas TX 75230

**Arlene Mcgilveary**-

**Address:**  2050 Parker Blvd Tonawanda, NY 14150

**Vicky Moon**

**Carrie Ann Russell**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
**_____ DIVISION**

Jacquelin Kent Cook
_____
Plaintiff(s),

v.

Civil Action Number: 1:21-CV-1401

CT Corporation ET AI
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of___ Civil Complaint ___.
**(Title of Document)**

Jacqueline Kent Cook
_____
Name of *Pro Se* Party (Print or Type)

Jacqueline Cooke
_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

*exhibit*

## HAMPTONS

⋮

# GOOD SPORTS

Jacqueline Kent Cooke stays in the game by honoring her father's charitable legacy.

23 Aug 2017

Jacqueline Kent Cooke, daughter of the late sports legend Jack Kent Cooke, who owned the Los Angeles Lakers, the Washington Redskins, and the LA Kings, is furthering her father's well-known generosity. As the face of his namesake foundation—the largest scholarship fund in the US, with an endowment of $641 million—she regularly holds intimate gatherings for the beneficiaries.



AS THE FACE OF HER FATHER'S FOUNDATION—THE COUNTRY'S LARGEST SCHOLARSHIP FUND, WITH A $641 MILLION ENDOWMENT—COOKE REGULARLY HOLDS INTIMATE GATHERINGS FOR THE BENEFICIARIES.

"It's an opportunity to get to know them one-on-one and have an ongoing relationship," Cooke says. "Listening to their inspiring stories and learning about what they've accomplished gives me an even deeper appreciation for my father's legacy."

This summer, she will also support a number of nonprofits out East, including Red Sneakers for Oakley, which raises awareness about food allergies, and the Southampton Animal Shelter. Also on her list is the Audubon Sanctuary Islands wildlife refuge, near Palm Beach, Florida. An animal lover, Cooke designs a line of luxury dog beds and has worked for Campion Platt's renowned interiors firm.

exhibit 2

≡ Menu     📅 Visits     ✉ Messages     ⚗ Test Results     💊 Medications

# IGP,APTIMA HPV,CTNG AGE GDLN - Details

🖨

ⓘ About this test

**Details**    Past Results    Graph of Past Results

💬 Comments From the Doctor's Office ─────────────────────



Good morning,
Great news--your pap smear was normal with HR HPV negative! This means you don't need another pap smear for 3 years.
However, we still like to see you every year for a pelvic exam.
Have a wonderful week.
Dr. Mock

Written by Jennifer Mock on 10/22/2021 8:54 AM EDT
Seen by patient Jacqueline Cooke Kramer on 12/9/2021 2:28 PM

## Results

IGP,Aptima HPV,CtNg Age Gdln (Lab ID/Accession # 291C1602290) (Order 935200870)

IGP,Aptima HPV,CtNg Age Gdln (Lab ID/Accession # 935200870C) (Order 935200870)

Component
**AGE GDLN ACG TESTING**
**30-65**

### Order Questions

| Question | Answer |
|---|---|
| **Pap source?** | **Cervical/endocervical** |
| **Pap collection method?** | **Broom** |
| **Date of LMP?** | **10/10/2021** |

All Reviewers List

exhibit 3

## Adequacy

### ENDO

Satisfactory for evaluation. Endocervical and/or squamous metaplastic cells (endocervical component) are present.

## Clinician provided ICD10

### Comment

Z01.419

## Performed By:

### Comment

Gerard Moses, Cytotechnologist (ASCP)

## Gyn Note

### Comment

The Pap smear is a screening test designed to aid in the detection of premalignant and malignant conditions of the uterine cervix. It is not a diagnostic procedure and should not be used as the sole means of detecting cervical cancer. Both false-positive and false-negative reports do occur.

## Test Methodology

### Comment

This liquid based ThinPrep(R) pap test was screened with the use of an image guided system.

## HPV Aptima

### Negative

Ne

$375

<u>Will / Decrees / Press</u>

<u>settlement</u>   # 4

Exe PA

Neulelihe Tuanbau

memelandlich

Prof. John Langbein   011-358 247 345 91

Reqent - Actos

Rodney Johnson →
John Donaldson →   Louis Mezullo   Richmond VA 23218
                   804 775 3022
                   Sat 1300 - 1111

Dir. Co. of
Aux VEPI
Corp

Jerry Beyer — St. Mary's Law / St. Antonio

Lawrence Waggoner

E. Main St.
PO B 796

$400   Martin Beigleiter — Drake   Flanes Brassart

What exactly do you want me to do?
Rsch. VA Law
Settlement
schedule
(515) 271-2062 → 0
        275 3007 → G

VA-
Howard Zuritsky

Fed. Ex.
119 Cheslnut Rd
Ann Arbor
48104

General Headquarters, A. E. F.
April 9, 1918.

No. 1065-R.
Washington.
Dated April 8th.

Indexed
Refer

A. W. C. HIST. SEC.
REJECTED
EARLY

PERSHING.

AMEXFORCE    GHQ A.E.F.

Paragraph 1. With reference to paragraph 2 your 812. Each set of drawings and specifications of release mechanisms for American bombs will be forwarded as soon as drawn up. Designs of those for D H 4 and J N 4 H practically completed. Maloney will take over sample traps according to these designs

Subparagraph A. With reference to your 775 paragraph 1 G. Automatic pistol caliber 30 Model 1918 shipments from the factory promised as follows: August 3,000, September 30,000, October 46,000, November 21,000

Subparagraph B. Reference our 946 paragraph 3 N subject multi-perforated powders. Three weeks additional required for tests

Subparagraph C. With reference to your 825 paragraph 3 A subject Gas Shells. Repeat next to last sentence. Appears word has been omitted

Subparagraph D. With reference to paragraph 1 E your 721. Quantity caliber .30 ammunition for export can be increased 50 percent by a change of present method of classification to be made at once

Subparagraph E. With reference to paragraph 5 D and 5 E your 796. High class officers requested will be sent as indicated in paragraph 1 our 991. No officers above grade of Major will be assigned to permanent duty abroad in future without your prior notification and approval

Subparagraph F. With reference to your 816 paragraph 1 J. Major Irvine has left. A junior officer in addition will be selected if desired

Subparagraph G. With reference to paragraph 1 your 818. Articles on automatic supply for troops with British will be shipped as requested. Wheeler

McCAIN.

A. W. C. HIST. SEC.
REJECTED
EARLY

Adjutant General.

Ex mailed 4—9—18

exhibit r

Approved For Release 2000/08/26 : CIA-RDP61S00750A000400080137-7

DATE :    08 MARCH 1957

TO    :    [redacted]    25X1A2g

FROM :    [redacted]    25X1A2g

ACTION:    SA/PC/DCI  (1,2,3,4,5,6,7,8)

INFO :

JKC

0805Z 08 MAR 57        ROUTINE

25X1A2g    TO:    [redacted]

25X1A2g    FROM:    COMMANDER [redacted]

CITE:    A0022 (IN 15087)

PHYSICAL FACILITIES ARE ADEQUATE FOR THE LOGETRONIC ENLARGER.

THIS ITEM WOULD BE A DEFINITE ASSET TO THIS UNIT.

END OF MESSAGE

Approved For Release 2000/08/26 : CIA-RDP61S00750A000400080137-7

EXHIBIT D

Approved For Release 2000/09/14 : CIA-RDP89B00551R000700150008-0

CLASSIFIED MESSAGE   TOP SECRET

| | ROUTING | | |
|---|---|---|---|
| 1 | | 4 | |
| 2 | | 5 | |
| 3 | | 6 | |

DATE : 1534Z 15 MAR 58

**T O P S E C R E T**

TO    :    DIRECTOR

FROM :    ▮▮▮▮▮  25X1A

ACTION:  OPS (1,2)

INFO  :  S/C (3)   25X1A

JKC

OPERATIONAL IMMEDIATE

25X1A    ▮▮▮▮  0392 (IN 36259)    1534Z 15 MAR 58    OPERATIONAL IMMEDIATE

TO:    PRECEDE
CITE:  ▮▮▮▮

25X1A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    25X1A

25X1A        A.  4078

        B.  ▮▮▮▮  15/1500Z

        C.  MISSION APPEARS SUCCESSFUL.  WEATHER/AS BRIEFED, NAVIGATION/

GOOD, COMMUNICATIONS/NO TROUBLE.

END OF MESSAGE

TOP SECRET

**T O P S E C R E T**

IT IS FORBIDDEN TO MAKE A COPY OF THIS MESSAGE   Copy No.
Approved For Release 2000/09/14 : CIA-RDP89B00551R000700150008-0

FILED

2021 DEC 17 P 4: 06

JACK KENT COOKE

FAR ACRES
MIDDLEBURG VA 22117

HAND DELIVERED
January 20 1997

Miss Jacqueline Kent Cooke
105 South Madison Street
Middleburg VA 20117

My Darling Sweetheart

Guess what I did yesterday?  I bundled up in a huge yellow terry cloth bathrobe, and even though the temperature here was close to 10°, I wasn't the least bit cold.

And when I saw the new stadium, instead of being even slightly cold or warm, I was so excited that I just couldn't believe how wonderfully the stadium looks.  I hope I'm well enough to take you there with me soon, my darling little angel.  You will be very impressed.  It's so big that it's hard to believe that we own it.  But we do - and nobody will try to get it away from us.

Continue to be the sweet little person you are.  There's none kinder nor more thoughtful anywhere in the world. Stay that way my angel.

All my love

As Always

Daddy /dmr

JKC/dmr
Enclosure      $10 bill