# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| Jacqueline Kent Cooke, | )<br>) |
| *Plaintiff,* | )<br>) |
| v. | )<br>) |
| CT Corporation/Jack Kent Cooke Foundation, et al, | ) Case No. 1:21-cv-1401<br>) Hon. Patricia Tolliver Giles<br>) |
| *Defendants.* | )<br>)<br>) |

## **ORDER**

This matter comes before the Court on *pro se* Plaintiff's Amended Complaint filed December 17, 2021. (Dkt. 2). Plaintiff brings this action against hundreds of individuals, business and governmental entities, schools, etc. The Amended Complaint attempts to assert several criminal charges, including murder, attempted murder, torture, fraud, and money laundering, against some of the identified individuals and entities. The Amended Complaint does not properly identify or allege factual support for individual elements of specific claims. For other defendants, the Amended Complaint simply identifies names and addresses but does not state any allegations whatsoever or why the individual or entity is included. The Amended Complaint also does not state the basis of this Court's jurisdiction nor the relief sought. This does not comport with legal requirements.

Federal Rule of Civil Procedure 8(a) provides:

> A pleading that states a claim for relief must contain:
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). The "short and plain statement of the claim showing that the pleader is entitled to relief" serves to "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). A complaint must include factual information to "state a claim to relief that is plausible on its face." *Id.* at 550. While detailed factual allegations are not required, a plaintiff must provide more than mere labels and conclusions stating that the plaintiff is entitled to relief. *Id.* at 555.

For the reasons noted above, the Amended Complaint fails to meet any of the requirements of Rule 8(a).

Accordingly, Plaintiff's Amended Complaint (Dkt. 2) is hereby **DISMISSED**.

The clerk is **DIRECTED** to mail a copy of this order to the *pro se* Plaintiff.

It is **SO ORDERED**.

January 21, 2022
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge